UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724 |
| THIS DOCUMENT RELATES TO:<br><br>*Humana Inc. v. Actavis Elizabeth, LLC*, et al.,<br>No. 18-cv-03299 | |

**PLAINTIFF HUMANA INC.'S MOTION
TO INCORPORATE ITS ACTION INTO THE MDL**

Plaintiff Humana Inc. ("Humana"), moves under 28 U.S.C. § 1407, Rule 16 and the Court's August 15, 2016 Pretrial Order No. 1 for an order that formally incorporates its action, *Humana Inc. v. Actavis Elizabeth, LLC et al.*, No. 18-cv-03299 (E.D. Pa.) (CMR), into the multidistrict litigation currently pending before Your Honor as *In re Generic Pharmaceuticals Pricing Antitrust Litigation*, MDL No. 2724.

Humana's motion is based on this Motion and the accompanying Brief in Support of Motion to Incorporate Its Action Into the MDL, Declaration of Jason H. Kim, and Proposed Order.

Dated: November 2, 2018

Respectfully submitted,

**LOWEY DANNENBERG, P.C.**

By:  /s/ *Peter D. St. Phillip, Jr.*
Peter D. St. Phillip, Jr. (PA ID # 70027)
Jennifer Risener *(admitted pro hac vice)*
Lee Yun Kim *(admitted pro hav vice)*
44 South Broadway, Suite 1100
White Plains, New York 10601
Tel. 914-997-0500
PStPhillip@lowey.com
JRisener@lowey.com

LKim@lowey.com

Laura K. Mummert (PA ID # 85964)
One Tower Bridge
100 Front Street, Suite 520
West Conshohocken, Pennsylvania 19428
Tel: 215-399-4785
LMummert@lowey.com

**SCHNEIDER WALLACE COTTRELL KONECKY WOTKYNS LLP**

By: */s/ Todd Schneider*
Todd Schneider
Jason Kim
Kyle Bates
2000 Powell Street, Suite 1400
Emeryville, California 94608
Tel.: 415-421-7100
tschneider@schneiderwallace.com
jkim@schneiderwallace.com
kbates@schneiderwallace.com

Garrett W. Wotkyns
8501 North Scottsdale Road, Suite 270
Scottsdale, Arizona 85253
480-428-0144
GWotkyns@schneiderwallace.com

**HUMANA INC.**

Matthew R. Varzally
Senior Counsel—Litigation & Investigations
500 West Main Street
Louisville, Kentucky 40202

*Counsel for Humana Inc.*