IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Humana Inc. v. Actavis Elizabeth, LLC* | MDL 2724<br>16-MD-2724<br><br>HON. CYNTHIA M. RUFE<br><br>Civil Action No. 18-3299<br>(This Order to be docketed in the individual case and on the Master Docket) |

**ORDER**

**AND NOW**, this 20th day of November 2018, upon consideration of Humana Inc.'s Motion to Incorporate the Action into the MDL [MDL Doc. No. 751 and Doc. No. 22 in Civil Action No. 18-3299], to which no opposition has been filed, and as discussed at the Status Conference held this date, it is hereby **ORDERED** that the Motion is **GRANTED** as follows:

Civil Action No. 18-3299 is **INCORPORATED** into the MDL.  As it is not a class action, the case is not placed within the existing Plaintiff Groups; however, the Court will not appoint leadership or create a separate track for the action at this time.  Counsel for Plaintiff in Civil Action No. 18-3299 shall coordinate with Lead and Liaison Counsel to advance the litigation effectively and efficiently, and all documents relating to this action shall be filed in the individual case.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**