**EXHIBIT A**
**TRADE ASSOCIATION MEETINGS - ATTENDEES**


**June 5-8, 2011**
**HDMA Business and Leadership Conference**
**JW Marriott, Desert Ridge, Phoenix, Arizona**

**Apotex:**       Valerie Magerkurth ; and Brian Magerkurth (Executive Vice President, Global Supply Operations)

**Fougera:**      Walt Kaczmarek (Senior Vice President, Commercial Operations); and Dave Klaum (Senior Vice President and General Manager)

**Lupin:**        Dave Berthold (Vice President, Sales, U.S. Generics); and Steve Ater (Sales Director).

**Mylan:**        Gary Tighe (National Accounts Director)

**Upsher-Smith:** Mike Muzetras (Senior National Accounts Manager), David Zitnak (National Accounts Senior Director), Doug Zitnak (National Accounts Senior Director); and Mike McBride (VP, Partner Relations)


**October 1-3, 2012**
**GPhA Technical Conference**
**Bethesda, Maryland**

**Actavis**:      Joyce Del Guadio, Executive Director, Regulatory Affairs

**Apotex**:       Bruce Clark, Senior Vice President, Scientific and Regulatory Affairs

**Dr. Reddy's**:  Nick Cappuccino, Vice President and Head of Global Quality

**Impax**:        Marcy Macdonald, Vice President, Regulatory Affairs

**Mylan:**        Marcie McClintic, Vice President and General Counsel

**Perrigo:**      Richard Stec, Vice President, Global and Regulatory Affairs

**Teva**:         Debbie Jaskot, Vice President, U.S. Generic Regulatory Affairs and North American Policy; Jonathan Kafer, Vice President of Sales and Marketing

Other Defendants with representative attendees: Akorn, Aurobindo, Breckenridge, Dr. Reddy's Fougera, Glenmark, Heritage, Impax, Lannett, Lupin, Par, Sandoz, Sun, Taro, UDL, and Upsher-Smith.

PUBLIC VERSION
REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER

**February 20-22, 2013**
**GPhA Annual Meeting**
<u>**Orlando, Florida**</u>

**Actavis**:     Sigurdur Olafsson, President

**Mylan**:      Anthony Mauro, President

**Taro**:       ████████████████████

**Teligent**:   █████████████████████

**Teva**:       Allan Oberman, President and CEO

**Perrigo**:    ████████████████████████████████
                ████████████████████████

**Sandoz**:     Don DeGolyer, President

Other Defendants with representative attendees: Akorn, Apotex, Breckenridge, Dr. Reddy's, Endo, Glenmark, Heritage, Impax, Lupin Par, Sun (through Caraco), Wockhardt, and Zydus.

**February 24-27, 2013**
**ECRM Retail Pharmacy Generic Pharmaceuticals Conference**
<u>**Sheraton Dallas Hotel in Dallas, Texas**</u>



**Actavis:**

**Apotex:**

**Aurobindo:**

**Dr. Reddy's:**

PUBLIC VERSION
REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER



**Heritage**:

**Par:**

**Perrigo:**

**Sandoz:**

**Sun:**

**Taro:**

**Teligent:**

**West-Ward:**

**Zydus:**

PUBLIC VERSION
REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER

**June 2-5, 2013**
**HDMA 2013 Business and Leadership Conference**
**Orlando, Florida**

**Actavis**:   Andrew Boyer, President and CEO, North America Generics, Marc Falkin, Vice President of Purchasing; Maureen Barrett, Director of National Accounts; Anthony Giannone, National Accounts Director

**Apotex**:   Jeffrey Hampton, Vice President, Commercial Operations; Beth Hamilton, National Sales Director; James Van Lieshout, Vice President, Sales; Jane Williams, Vice President Specialty Generic Sales

**Aurobindo**:   Julie Faria, Senior Manager, Sales Operations and Contact Administration

**Citron**:   Karen Strelau, Vice President, Sales; Laura Short, Associate Vice President, Sales

**Dr. Reddy's**:   Victor Borelli (Vice President and Head, National Accounts, North America Generics); Michael Burton (Director National Accounts, Health Systems); Joshua Hudgens (Director of Purchasing); Patricia Wetzel (Senior Director, National Accounts)

**Glenmark**:   Christopher Bihari, Director National Accounts

**Heritage**:   Neal O'Mara, National Accounts Manager; Anne Sather, National Account Manager

**Lannett**:   Kevin Smith, Vice President of Sales; Grace Wilks, Director, Sales and Marketing; Tracy Sullivan, Director of National Accounts; Robert Foley, Marketing Manager; Lauren Carotenuto, National Accounts; and Justin McManus, National Accounts.

**Mylan**:   Janet Bell, National Accounts Director; Joseph Duda, Vice President, North America Sales Operations and Customer Excellence; Edgar Escoto, National Accounts Director; Kevin McElfresh, Executive Director, National Accounts; James Nesta, Vice President of Sales; Robert O'Neill, Vice President; Sean Reilly, Key Account Manager; John Shane, Director of National Trade Accounts; Gary Tighe, National Accounts Director; Lance Wyatt, National Accounts Director; Michael Aigner, Director, National Accounts; John Baranick, Director, Trade Relations; Danielle Barill, Director, Sales Support and Customer Relations; Andrew Dobbs, Manager, Supplier Trade Relations; Richard Isaac, Senior Manager, Strategic Accounts; Christopher Neurohr, Director, National Accounts; Jim Nesta, National Account Manager

**Par**:   Jon Holden, Vice President of Sales; Sandra Bayer, National Accounts Manager; Peter Gargiulo, Director, National Accounts; Christopher Neurohr, Director, National Accounts; John Bullock, National Accounts Director

PUBLIC VERSION
REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER

**Sandoz**:     Alan Ryan, Associate Director, National Accounts; Dawn Doggett, National Trade Affairs Executive, Managed Markets

**Sun**:     Scott Littlefield, Trade Director, National Account Director; Daniel Schober, Associate Vice President, Trade Sales; David Moody, CEO, Mutual; David Simoneaux, Marketing Coordinator, Mutual

**Teva**:     Theresa Coward, Senior Director, National Sales; Sal Cuomo, Trade Account Director; Jeffrey Herzfeld, Senior Vice President, Commercial Operations and America Strategy; Jessica Peters, National Accounts Manager; Teri Sherman, National Accounts Director; Christine Baeder, Senior Director Customer Operations; Maureen Barrett, Director, National Accounts; Andrew Boyer, Senior Vice President, Generic Sales and Marketing; Marc Falkin, Vice President, Purchasing; Christopher Doerr, Director Trade Relations

**Upsher-Smith**: JoAnn Gaio (Sr. National Account Manager, Trade), Brad Leonard (Senior Director, National Accounts), Mike Muzetras (Senior National Accounts Manager), David Zitnak (National Accounts Senior Director), Doug Zitnak (National Accounts Senior Director); Mike McBride (VP, Partner Relations); and Jim Maahs (Sr. Director, Sales and Marketing).

**West-Ward**:   Mark Boudreau, Executive Director of National Sales; Paul Kersten, Vice President, Sales and Marketing; Neal Gervais, National Account Director; John Kline, National Account Director; Joseph Ruhmel, National Account Director; Marik Soudreau, Executive Director, National Sales; Steven Snyder, National Account Director

**Zydus**:     Scott Goldy, Director, National Accounts; Kevin Green, National Accounts Manager; Marc Kikuchi, Senior Vice President, Global Generics; Phyllis Kidder, Senior Vice President, Global Generics; Kristy Ronco, Associate Vice President, National Accounts

Other Defendants with representative attendees: Breckenridge, Endo, Lupin, and Wockhardt.

### June 4-5, 2013
### GPhA Chemistry, Manufacturing and Controls Workshop
### Bethesda, Maryland[1]

**Apotex**:     Kiran Krishnan, Vice President, Regulatory Affairs

**Dr. Reddy's**:  Nick Cappuccino, Vice President and Head of Global Quality

---

[1] 2013 CMC Workshop Past Attendees, ASSOCIATION FOR ACCESSIBLE MEDICINES, https://www.gphaonline.org/events/2013-cmc-workshop-past-attendees.

PUBLIC VERSION
REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER

**Impax:**      Marcy Macdonald, Vice President Regulatory Affairs

**Perrigo**:    Richard Stec, Vice President Global Regulatory Affairs

**Sandoz**:     Alison Sherwood, Associate Director, Regulatory Affairs

Other Defendants with representative attendees: Actavis, Breckenridge, Endo, Fougera, Glenmark, Heritage, Hi-Tech, Impax, Lannett, Morton Grove, Mylan, Par, Sun, Taro, Teva, UDL, Upsher-Smith and Zydus.

**August 10-13, 2013**
**NACDS 2013 Total Store Expo**
**Sands Expo Convention Center, Las Vegas, Nevada**

**Actavis**:    Michael Baker, Executive Vice President, Trade and Sales Department; Andrew Boyer, President and CEO, North America Generics; Napolean Clark, Vice President of Marketing; Michael Dorsey, Director of National Accounts; Marc Falkin, Vice President of Purchasing; Anthony Giannone, National Accounts Director; Megan Gorman, Senior Marketing Manager; Maureen Meehan, Director of National Accounts; Cindy Stevens, Director of National Accounts; Nancy Baran, Director, Customer Relations; Kathleen Conlon, Director, Contract Administration; Lisa Fiveash, National Account Representative; Rob Hooper, Senior Marketing Manager; Richard Rogerson, Senior Director, New Products; Allan Slavsky, Sales Consultant; Michael Reed, Executive Director, Trade Relations; Paul Reed, Senior Director, Trade Sales and Development; John Shane, Director, Trade Relations; Michael Dorsey, Director, National Accounts

**Apotex**:     Tom Axner, National Sales Director, Distribution; Tim Berry, National Account Manager; Gwen Copeland, Manager, National Accounts; John Crawford, National Account Director; Sam Boulton, Director, National Accounts; Jeffrey Hampton, Senior Vice President and National Manager, US and Latin America; Niki Hinman Smock, National Account Manager; David Kohler, Vice President and General Manager; Chirag Patel, Marketing Director, National Accounts; Shannon Price, Senior Marketing Director; Bob Simmons, National Accounts Director; Debbie Veira, National Accounts Manager; Pat Walden, Senior Marketing Manager; Corey Anquetil, Director, Strategic Sales National Accounts; Beth Hamilton, Vice President, Marketing and Portfolio Strategy, Sales and Marketing; Tina Kaus, National Accounts Director; James Van Lieshout, Senior Director, Commercial Operations; Pat Walden, Senior Marketing Manager

**Aurobindo**: Stuart Blake, Director, National Accounts; Robert Cunard, CEO; Patrick Santangelo, Senior Director, Sales; Anthony Thomassey, Director National Accounts

**Citron**:     Vimal Kavuru, CEO

6
PUBLIC VERSION
REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER

**Dr. Reddy's**:  Chris Costa, Vice President of Sales; Victor Borelli, Vice President and Head, National Accounts, North America Generics; Jinping McCormick, Vice President Rx Marketing, US Generics; Nimish Muzumdar, Director of Marketing; Larry Knupp, Director of National Accounts; Gary Benedict, Executive Vice President; Umang Vohra, Executive Vice President and Head of North America Generics

**Glenmark**:  Jim Brown, Vice President, Sales; Mitchell Blashinsky, Vice President, Sales and Marketing; Paul Dutra, Executive Vice President; Jessica Cangemi, Director, Sales and Marketing; Jeff Johnson, Director, Sales and Marketing; David Irwin, Director, Sales; Stephanie Picca, Manager, Sales and Marketing; Terry Coughlin, Executive Vice President and Chief Operating Officer

**Heritage**:  Allen Dunehew, President and CEO; Matt Edelson, Senior Director of Sales; Jeffrey Glazer, CEO; Jason Malek, Senior Vice President; Neal O'Mara, National Accounts Manager; Anne Sather, National Account Manager; Gina Gramuglia, Commercial Operations

**Lannett**:  Arthur Bedrosian, President and CEO; William Schreck, Chief Operating Officer; Justin McManus, Director, National Accounts; Kevin Smith, Vice President, Sales and Marketing; Tracy Sullivan, National Accounts Manager; Lauren Carotenuto, National Accounts Representative; Michael Block, Business Development Manager

**Mylan**:  James Nesta, Vice President of Sales; Michael Aigner, Director, National Accounts; Joseph Duda, President; Kevin McElfresh, Executive Director, National Accounts; Robert O'Neill, Vice President; Robert Potter, Senior Vice President, North America and Channel Development; Lance Wyatt, National Accounts Director; Matt Cestra, Senior Director Marketing; Rodney Emerson, Director, Pricing and Contracts; Edgar Escoto, National Accounts Director; Stephen Krinke, National Accounts Manager; Damon Pullman, West Regional Account Manager; Sean Reilly, Key Account Manager; John Baranick, Director, Trade Relations; Shane Bartolo, Senior Specialist, Sales Administration; Vive Bridges, Senior Director of Global Events; Martin Fletcher, Senior Director, Commercial Business and Purchasing; Ron Graybill, Vice President Managed Markets; Adrienne Helmick, Associate Product Manager, Marketing; Chad Holland, Vice President, Commercial Operations; Heather Paton, Vice President Sales; Bipan Singh, Director, Marketing; Tom Theiss, Director, Trade Relations; Christine Waller, Senior Manager, North America Communications

**Par**:  Jon Holden, Vice President of Sales; Michael Altamuro, Vice President Marketing and Business Analytics; Renee Kenney, Senior Advisor, Generic Sales, Senior Advisor Generic Sales; Karen O'Connor, Vice President, National Accounts; Rick Guillory, Vice President of National Accounts; Gerald Burton, Vice President of National Accounts; Christine Caronna, Director National Accounts; Rich Franchi, Vice President, Sales; Kim Rothofsky, Senior Director, Trade Relations; Scott Littlefield, Trade Director; Brent Bumpas, National

PUBLIC VERSION
REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER

Account Director, Trade; Kevin O'Brien, Senior Director Payer Markets; Warren Pefley, Vice President, Sales and Marketing; Charles "Trey" Probst, Vice President; Kelly Bachmeier, Director, National Accounts; Sandra Bayer, Senior Director, National Accounts; James Burnett, National Accounts Manager; Walter Busbee, Director National Accounts; Lori Minnihan, Associate Director, Trade Pricing Operations; Spike Pannell, National Account Manager; Sandra Parker, Deputy Compliance Officer; Michael Reiney, Vice President, Purchasing; Jeremy Tatum, Director, Market Insights; Darren Hall, Director, National Accounts

**Perrigo:**   Christopher Kapral, Senior Vice President, Consumer Healthcare Sales; Christian Strong, Senior Vice President, Diabetes Care; Mark Walin, Vice President, Consumer Healthcare Sales; John Wesolowski, Acting General Manager; Philip Willis, Innovation and Marketing Strategy; Tom Cotter, Vice President, OTC Marketing; Andrea Felix, National Account Executive; Kara Goodnature, Marketing Manager; Ori Gutwarg, National Account Executive; Pete Haakenstad, National Account Manager; Larry Hudson, Animal Health; H. James Booydegraaff, Associate Director, Marketing; Andy Kjeelberg, Vice President, Consumer Healthcare Sales; John Klingenmeyer, Vice President, Consumer Healthcare Sales; Shelley Kocur, Senior Director, Service and Customer Supply Chains; Elizabeth Lowney, Strategic and Pipeline Plan Manager; Katie McCormack, National Account Manager; Richard McWilliams, Senior Vice President and General Manager; Kristine Milbocker, Trade Relations Planner; Troy Pelak, Vice President, Consumer Healthcare Sales; Tony Polman, National Account Executive; Neal Wilmore, Vice President Commercial Operations, Animal Health; Michael Yacullo, Vice President, Consumer Healthcare Sales; Tom Zimmerman, Vice President and General Manager

**Sandoz:**   Peter Goldschmidt, President Sandoz US and Head North America; Armando Kellum, Vice President, Sales and Marketing; Paul Krauthauser, Senior Vice President, Sales and Marketing; Della Lubke, National Account Executive; Steven Greenstein, Director, Key Customers; Christopher Bihari, Director, Key Customers; Anuj Hasija, Executive Director, Key Customers

**Sun:**   William Everett, National Trade Account Manager; Wayne Fallis, Director, National Accounts; Steven Goodman, Director Marketing, Generics; Susan Knoblauch, Senior Manager, Sales; GP Singh Sachdeva, President of Sun Pharmaceuticals, USA; Grace Shen, Vice President, Marketing; Steven Smith, Senior Director of Sales; Christopher Bihari, Director, Key Customers; Michael Perfetto (Generic Rx and OTC)

**Taro Israel:**   Ara Aprahamian, Vice President, Sales and Marketing; Michael Perfetto, Group Vice President and Chief Commercial Officer of the Generic Rx Business;

**Taro USA:**   Sheila Curran, Vice President, Sales Operations; Howard Marcus, Vice President Sales and Marketing; Doug Statler, Senior Director, Head of Sales; Elizabeth

PUBLIC VERSION
REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER

Guerrero, Director, Corporate Accounts, Managed Care; Carlton Holmes, Vice President Marketing; Tim Kiernan, Director of Marketing Analytics

**Teva**: Theresa Coward, Senior Director of Sales; David Rekenthaler, Vice President, Sales; Maureen Cavanaugh, Senior Vice President and Chief Operating Officer North America Generics; Kevin Galowina, Head of Marketing Operations; Jessica Peters, Manager of Corporate Accounts; Allan Oberman,President and CEO Teva Americas Generics; Jennifer Chang, Director, Marketing; Scott Goldy, Director, National Accounts; Christine Baeder, Senior Vice President, Customer and Marketing Operations; Christopher Doerr, Senior Director, Trade Operations; Kevin Green, Associate Vice President, National Accounts; Jeffrey Herzfeld, Senior Vice President, US Specialty Medicines; Jonathan Kafer, Executive Vice President, Sales and Marketing; Kayla Kelnhofer, National Account Executive; Jennifer King, Director, New Product Marketing; David Marshall, Vice President of Operations; Jerry Moore, Director, State Government Affairs; Teri Sherman, Director National Accounts; Jason Nagel, Associate Director; John Wodarczyk, Director, Customer Relations

**West-Ward:** Spiro Gavaris, Vice President of Sales and Marketing; Sam Goodman, Marketing Manager; Tareq Darwazeh, National Accounts Senior Manager; Paul Markowitz, Director, National Accounts; Ernesto Cividanes, Manager, Trade Relations

**Zydus**: Michael Keenley, President; Joseph Renner, President and CEO; Kristy Ronco, Vice President, Sales; Laura Short, Vice President, Sales; Karen Strelau, Executive Vice President Sales and Marketing; Elizabeth Purcell, Senior Director, Marketing and Portfolio Management; Ganesh Nyak, Chief Operating Officer and Executive Director; Daniel Lukasiewicz, Senior Manager, Marketing Operations; Sharvil Patel, Deputy Managing Director

**September 29 – October 2, 2013**
**HDMA 2013 Annual Board and Membership Meeting**
**White Sulphur Springs, West Virginia**

**Apotex**: Beth Hamilton, Director, National Sales; Jeffrey Hampton, Vice President, Commercial Operations; James Van Lieshout, Vice President, Sales, Retail Division; Jeff Watson, President

**Mylan**: Joseph Duda, President; Anthony Mauro, Senior Vice President; Robert O'Neill, Vice President, Commercial Operations; Robert Potter, Senior Vice President, North America; Robert Tighe, CFO

**Teva**: Robert Tighe, Chief Financial Officer, North America; Theresa Coward, Senior Director, National Sales; Christopher Doerr, Director, Trade Operations; David Rekenthaler, Vice President Sales, US Generics; Christine Baeder, Senior Director, Customer Operations

9

PUBLIC VERSION
REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER

**October 28-30, 2013**
**GPhA Technical Conference**
**North Bethesda, Maryland**

**Apotex**:       Kiran Krishnan, Vice President, Regulatory Affairs

**Dr. Reddy's**:  Nick Cappuccino, Vice President and Head of Global Quality

**Impax**:        Marcy Macdonald, Vice President Regulatory Affairs

**Mylan**:        Dan Snider, Vice President Morgantown RD, Marcie McClintic, Vice President
               and Chief of Staff, Carmen Shepard, Senior VP Global Policy and Regulatory

**Perrigo**:      Richard Stec, Vice President, Global Regulatory Affairs

Other Defendants with representative attendees: Actavis, Akorn, Breckenridge, Fougera,
Glenmark, Heritage, Hi-Tech, Lannett, Lupin, Par, Sandoz, Sun, Taro, Teligent, Teva, UDL,
Upsher-Smith, Wockhardt, and Zydus.

**February 19-21, 2014**
**GPhA Annual Meeting**
**Orlando, Florida**

**Apotex**:       Jeff Watson, President, North America

**Mylan**:        Andrea Miller, Senior Vice President, Head of Global Complex Products
               Operations; Marcie McClintic Coates, Vice President and Head of Global
               Regulatory Affairs; Anthony Mauro, President

**Perrigo:**      Douglas Boothe, President of Generics Division; Judy Brown, CFO; Joseph Papa,
               Chairman and CEO; Richard Stec, VP Global Regulatory Affairs

**Sandoz**:       Carlos Sattler, Vice President, Clinical Development and Medical Affairs

**Taro:**         Ara Aprahamian, VP Sales & Marketing; Kim DiPadova

**Teligent:**     Jason Grenfell-Gardner, President and CEO; Thomas Vandervort, Director
               Business Development

**Teva**:         Allan Oberman, President and CEO

Other Defendants with representative attendees: Actavis, Breckenridge, Dr. Reddy's, Epic,
Heritage, Hi-Tech, Impax, Lupin, Mylan, Par, Sun, Upsher-Smith, Wockhardt, and Zydus.

**February 23-26, 2014**
**ECRM Retail Pharmacy Efficient Program Planning Session**

PUBLIC VERSION
REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER

**Omni Amelia Island Plantation Resort, Amelia Island, Florida**



PUBLIC VERSION
REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER

**Sandoz:**

**Sun:**

**Teligent:**

**Taro:**

**West-Ward:**

**Zydus:**



**March 9-12, 2014**
**HDMA Distribution Management Conference and Technology Expo**
**Palm Desert, California**[2]

Defendants with representative attendees: Actavis, Mylan, Par, Taro, Teva, and Upsher-Smith.

**April 1, 2014**
**HDMA Sixth Annual CEO Roundtable Fundraiser**
**New York, New York**

**Actavis:**      Andrew Boyer, Senior Vice President, US Generics Sales and Marketing;
              Napolean Clark, Executive Director, US Generics Marketing; Marc Falkin, Vice
              President, Marketing, Pricing, and Contracts; Anthony Giannone, Executive
              Director, Sales; Rick Rogerson, Director, Pricing

**Apotex:**       Beth Hamilton, Director, National Sales; Jeffrey Hampton, Senior Vice President,
              Commercial Operations; James Van Lieshout, Vice President, Sales; Jeff Watson,
              President, US and Canada Commercial

---

[2] 2015 Distribution Management Conference, Previous Attendees, HDMA, Google Cache,
https://webcache.googleusercontent.com/search?q=cache:tavttopjP9kJ:https://www.healthcaredistribution.org/events
/2015-distribution-management-conference/previous-attendees+&cd=1&hl=en&ct=clnk&gl=us.

PUBLIC VERSION
REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER

**Aurobindo**:   Robert Cunard, CEO; Paul McMahon, Senior Director Commercial Operations

**Citron**:   Vimal Kavuru, CEO; Laura Short, Vice President, Sales; Karen Strelau, Executive Vice President, Sales and Marketing

**Mylan**:   Joseph Duda, President; Hal Korman, Executive Vice President and Chief Operating Officer; Anthony Mauro, Senior Vice President, and President of North America; James Nesta, Vice President of Sales; Robert Potter, Senior Vice President, North America National Accounts and Channel Development; Joseph Zenkis, Vice President, North America Sales and Channel Strategy

**Sandoz**:   Anuj Hasija, Executive Director, Key Accounts; Armando Kellum, Vice President, Contracts, Pricing, and Business Analytics; Kirko Kirkov, Executive Director, Key Accounts; Scott Smith, Vice President, Commercial Operations

**Teva**:   Maureen Cavanaugh, Senior Vice President, Sales and Marketing; Christopher Doerr, Director, Trade Operations; Jeffrey Herzfeld, Senior Vice President, US Trade Relations, Specialty Medicines; David Rekenthaler, Vice President Sales

### April 26-29, 2014
### NACDS 2014 Annual Meeting
### <u>Scottsdale, Arizona</u>

**Actavis**:   Andrew Boyer, President and CEO, North America Generics; Marc Falkin, Vice President of Purchasing; Sigurdur Olafsson, President; Paul Reed, Senior Director of Trade and Sales Development; Robert Stewart, Chief Operating Officer; Paul Bisaro, Board Member; Jean-Guy Goulet, Regional President, Canada Generics; Michael Reed, Executive Director, Trade Relations; John Shane, Director, Trade Relations

**Apotex**:   Jeff Watson, President, Global Generics; Sam Boulton, Director of National Accounts; Jeremy Desai, President and CEO; Jeffrey Hampton, Senior Vice President and General Manager, US and Latin America; David Kohler, Vice President and General Manager; Corey Anquetil, Director, Strategic Sales North America; Buddy Bertucci, Vice President, Institutional Sales; Beth Hamilton, Vice President, Marketing and Portfolio Strategy, Sales and Marketing; James Van Lieshout, Sr. Director, Commercial Operations; Peter Hardwick, Senior Vice President, Sales and Marketing, Canada

**Aurobindo**:   Robert Cunard, CEO; Paul McMahon, Senior Director Commercial Operations;

**Citron**:   Vimal Kavuru, CEO; Laura Short, Vice President, Sales; Karen Strelau, Executive Vice President, Sales and Marketing

**Dr. Reddy's**:   Chris Costa, Vice President of Sales; Victor Borelli, Vice President and Head, National Accounts, North America Generics; Jinping McCormick, Vice President

PUBLIC VERSION
REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER

Rx Marketing, US Generics; Michael Allen, Vice President and Head, Rx Products, North America Generics; Milan Kalawadia, Vice President, OTC Division

**Glenmark**: Jim Brown, Vice President of Sales; James Grauso, Executive Vice President, North America Sales

**Heritage**: Jeffrey Glazer, CEO

**Mylan**: Joseph Duda, President; Anthony Mauro, Chief Commercial Officer; James Nesta, Vice President of Sales; Hal Korman, Executive Vice President and Chief Operating Officer; Robert Potter, Senior Vice President, North America and Channel Development; Rob O'Neill, Head of Sales; John Munson, Vice President Global Accounts Mylan

**Par**: Jon Holden, Vice President of Sales; Paul Campanelli, President; Renee Kenney, Senior Advisor, Generic Sales; Scott Littlefield, Trade Director; Brent Bumpas, National Account Director, Trade; Michael Altamuro, Vice President, Marketing and Business Analytics; Antonio Pera, Chief Commercial Officer

**Perrigo**: Doug Boothe, President Generics Division, Impax; Scott Jamison, Executive Vice President and General Manager; Christopher Kapral, Senior Vice President, Consumer Healthcare Sales; Mark Walin, Vice President, Consumer Healthcare Sales; John Wesolowski, Acting General Manager; Andy Kjellberg,Vice President, Consumer Healthcare Sales; Jeff Needham, Executive Vice President and General Manager, Consumer Healthcare; Tony Polman, National Account Executive

**Sandoz**: Peter Goldschmidt, President Sandoz, US and Head, North America; Steven Greenstein, Director, Key Customers; Anuj Hasija, Executive Director Key Customers; Armando Kellum, Vice President, Sales and Marketing; Kirko Kirkov, Executive Director, Key Customers; Scott Smith, Vice President Sales and Marketing; Dave Picard, Vice President, Biosimilars and Injectables; Claude Dupuis, Director of Corporate Accounts Ontario and Western Canada; Jacquelin Gagnon, Vice President, Sales and Marketing, Canada; Michel Rubidoux, President and General Manager, Canada

**Sun**: GP Singh Sachdeva, President of Sun Pharmaceuticals, USA; Steve Smith, Senior Director of Sales; Steven Goodman, Director Marketing, Generics; Michael Perfetto (Generic RX and OTC)

**Taro Israel**: Ara Aprahamian, Vice President, Sales and Marketing; Michael Perfetto, Chief Commercial Officer

**Taro USA:** Alex Likvornik, Senior Director, Strategic Pricing and Marketing; Elizabeth Ivey, Vice President, Sales and Marketing

PUBLIC VERSION
REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER

| | |
|---|---|
| **Teva**: | Maureen Cavanaugh, Senior Vice President and Chief Operating Officer, North America Generics; Allan Oberman, President and CEO Teva Americas Generics; Theresa Coward, Senior Director, National Sales; Christopher Doerr, Director, Trade Operations; David Rekenthaler, Vice President Sales, US Generics; Christine Baeder, Senior Director, Customer Operations; Jeffrey Herzfeld, Senior Vice President US Specialty Medicines; David Marshall, Vice President of Operations; Michael Reid, Vice President, Corporate and Retail Sales; Michael Sine, Director, Corporate Account Group; Douglas Sommerville, Senior Vice President and General Manager, Canada |
| **Zydus**: | Michael Keenley, President; Joseph Renner, President and CEO; Kristy Ronco, Vice President, Sales; Scott Goldy, Director, National Account; Kevin Green, Vice President, National Accounts |

**May 12-15, 2014**
**MMCAP 2014 National Member Conference**
<u>**Bloomington, Minnesota**</u>

| | |
|---|---|
| **Actavis**: | Mark Blitman, Executive Director of Sales for Government Markets |
| **Apotex**: | Bob Simmons, National Account Director |
| **Lannett**: | Tracy Sullivan, National Account Manager |
| **Mylan**: | Janet Bell, Director, National Accounts |
| **Heritage**: | Anne Sather, National Account Manager |
| **Par**: | Peter Gargiulo, Director, National Accounts; Sandra Bayer, Senior Director, National Accounts; Jon Holden, Vice President of Sales; Karen O'Connor, Vice President, National Accounts |
| **Perrigo**: | Pete Hakenstad, National Account Manager |
| **Teva**: | Nick Gerebi, National Account Manager |
| **West-Ward**: | Mark Boudreau, Executive Director of National Sales |

PUBLIC VERSION
REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER

**June 1-4, 2014**
**HDMA 2014 Business and Leadership Conference**
**JW Marriott Desert Ridge, Phoenix, Arizona**[3]

**Actavis**:          Maureen Barrett, Director of National Accounts; Marc Falkin, Vice President of
                     Purchasing; John Fallon, Director of National Accounts; Anthony Giannone,
                     National Accounts Director; Andrew Boyer, Senior Vice President, Generic Sales
                     and Marketing; Richard Rogerson, Executive Director Pricing and Business
                     Analytics

**Apotex**:          Bob Simmons, National Account Director; Jeffrey Hampton, Vice President,
                     Commercial Operations; Beth Hamilton, National Sales Director; Tina Kaus,
                     National Accounts Director; James Van Lieshout, Vice President, Sales; Jane
                     Williams, Vice President Specialty Generic Sales

**Aurobindo**:       Julie Faria, Senior Manager, Sales

**Citron**:          Laura Short, Vice President, Sales; Karen Strelau, Executive Vice President, Sales
                     and Marketing

**Dr. Reddy's**:     Chris Costa, Vice President of Sales; Mike Allen, Vice President and Head, Rx
                     Generics; Victor Borelli; Senior Director, National Accounts; Joshua Hudgens,
                     Director of Purchasing; Katherine Neeley, Associate Director; Gunjan Patel, Sales
                     Analyst

**Glenmark**:        Christopher Bihari, Director National Accounts

**Heritage**:        Anne Sather, National Account Manager; Neal O'Mara, National Accounts
                     Manager; Jeffrey Glazer, Chairman and CEO; Jason Malek, Senior Vice
                     President, Commercial Operations; Matthew Edelson, Associate Director,
                     National Accounts

**Lannett**:         Kevin Smith, Vice President Sales and Marketing; Tracy Sullivan, Director,
                     National Accounts; Grace Wilks, Director Sales and Marketing; Justin McManus,
                     Director, National Accounts and Sales; Lauren Carotenuto, National Account
                     Representative

**Mylan**:           Richard Isaac (Senior Manager, Strategic Accounts); Joseph Duda (President);
                     Edgar Escoto (National Accounts Director); James Nesta (Vice President of
                     Sales); Lance Wyatt (National Accounts Director); Michael Aigner (Director,
                     National Accounts); John Baranick (Director of Trade Relations); Joseph Zenkus
                     (Vice President, North America Sales and Channel Strategy); Frank Mullery
                     (Senior Director and Controller); Todd Bebout (Vice President, North America

---

[3] DMC and Expo, HDA, Previous Attendees,
https://webcache.googleusercontent.com/search?q=cache:tavttopjP9kJ:https://www.healthcaredistribution.org/events
/2015-distribution-management-conference/previous-attendees+&cd=1&hl=en&ct=clnk&gl=us.

PUBLIC VERSION
REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER

Supply Chain Management); Janet Bell (Director, National Accounts); Steven Krinke (National Account Manager); Robert O'Neill (Head of Sales Generic North America); Sean Reilly (National Account Manager); John Shane (Trade Relations); Erik Williams (Vice President North America Pricing and Contracts)

**Par**:   Peter Gargiulo, Director, National Accounts; Sandra Bayer, Senior Director, National Accounts; Jon Holden, Vice President of Sales; Karen O'Connor, Vice President, National Accounts; Brent Bumpas, National Account Executive; Lisa Walker, Associate Director; Michael Reiney, Vice President, Sales; Charles "Trey" Propst, Vice President, National Accounts; Warren Pefley, Director, National Accounts

**Sandoz**:   Lisa Badura, Director, National Accounts Sales; Anuj Hasija, Key Account Executive Director; Kirko Kirkov, Key Account Executive Director; Ryan Alan, Associate Director, National Accounts; Sean Walsh, Key Account Manager; James Hendricks, Key Account Executive Director; Della Lubke, Director, National Accounts; David Picard, Vice President, Generic Sales; Christopher Bihari, Director, National Sales; Steve Greenstein, Director, National Accounts

**Sun**:   Daniel Schober, Associate Vice President, Trade Sales; Scott Littlefield, Trade Director, National Account Executive; Steven Smith, Senior Director of Sales; Susan Knoblauch, Senior Manager, Sales

**Taro USA**:   Anand Shah, Associate Director Sales Operations

**Teva**:   Theresa Coward, Senior Director, National Sales; Sal Cuomo, Trade Account Director; Christopher Doerr, Director, Trade Operations; Daniel Driscoll, Vice President Institutional Sales and Marketing; Jeffrey Herzfeld, Senior Vice President; Jeff McClard, Senior Director, National Accounts; Jessica Peters, Director, National Accounts; Teri Sherman, National Accounts Director; Cassie Dunrud, Associate Director; David Rekenthaler, Vice President, Sales, US Generics; Marc Falkin, Vice President, Marketing, Pricing, and Contract Operations; Nisha Patel, Director; Nick Gerebi, Director National Accounts

**Upsher-Smith:**   JoAnn Gaio (Senior National Account Manager, Trade); Scott Hussey (Senior Vice President, Global Sales); Jim Maahs (Senior Director); Michael McBride (Associate Vice President, Partner Relations); Mike Muzetras (Senior National Accounts Manager); Doug Zitnak (National Accounts Senior Director)

**West-Ward:**   Mark Boudreau, Executive Director of National Sales; Jeff Ruhland, Associate Manager, Supply Chain and Warehouse; Joseph Ruhmel, National Account Director; Steven Snyder, National Account Director

**Zydus**:   Scott Goldy, Director, National Accounts; Kevin Green, National Accounts Manager; Marc Kikuchi, Senior Vice President, Global Generics; Maria

PUBLIC VERSION
REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER

McManus, Corporate Account Manager; Jodi Weber, Corporate Account Manager; Louis Pastor, Senior Director, Trade Operations

Other Defendants with representative attendees: Breckenridge, Endo, Lupin, and Wockhardt.

**June 3-4, 2014**
**GPhA CMC Workshop**
**Bethesda North Marriott Hotel, Bethesda, Maryland**

**Apotex:**      Pradeep Sanghvi (Executive Vice President, Global R&D); Kiran Krishnan (Vice President, Regulatory Affairs); Chetan Doshi (Director of Formulation Development, Solid Dose)

**Impax**:       Marcy Macdonald (Vice President, Regulatory Affairs)

**Mylan:**       Dan Snider (Vice President, Morgantown RD)

**Perrigo:**     Richard Stec (Vice President Global Regulatory Affairs)

**Taro USA:**    Scott Tomsky (Vice President, Generic Regulatory Affairs, North America); Siva Vaithiyalingam (Director, Regulatory Affairs)

**Teligent:**    Ann Howard, Senior Regulatory Affairs Associate

**Teva:**        Scott Tomsky (Generic Regulatory Affairs, North America); Siva Vaithiyalingam (Director, Regulatory Affairs)

Other Defendants with representative attendees: Actavis, Dr. Reddy's, Fougera, Glenmark, Heritage, Hi-Tech (subsidiary of Akorn), Lannett, Lupin, Morton Grove (subsidiary of Wockhardt), Par, Sandoz, Sun, Upsher-Smith, and Zydus.

**September 16-18, 2014**
**LogiPha Supply Chain Conference**
**Princeton, New Jersey**

**Actavis**:     Wayne Swanton, Senior Vice President Manufacturing and Supply Chain; Priya Gopal, Associate Director, Strategic Planning

**Perrigo**:     Stuart Glickman, Executive Director Global Logistics

**Sandoz**:      Davis Mason, Serialization Global Support Lead; Dorris Michele, Director of Supply Chain; Hillel West, Director of Supply Chain

18
PUBLIC VERSION
REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER

**September 27 – October 1, 2014**
**HDMA 2014 Annual Board and Membership Meeting**
<u>**Montage, Laguna Beach, California**</u>

**Actavis**:   Marc Falkin, Vice President, Marketing, Pricing and Contracts; Andrew Boyer, Senior Vice President, Generic Sales and Marketing;

**Apotex**:   Beth Hamilton, Director, National Sales; Jeffrey Hampton, Vice President, Commercial Operations; James Van Lieshout, Vice President, Sales-Retail Division

**Mylan**:   John c. Poulin, Senior Vice President, North America National Accounts, James Nesta, Vice President of Sales

**Teva**:   Maureen Cavanaugh, Chief Operating Officer, Teva US Generics; Christopher Doerr, Director, Trade Operations; David Rekenthaler, Vice President Sales, US Generics; Christine Baeder, Senior Director, Customer Operations

**Zydus**:   Marc Kikuchi, Senior Vice President, Global Generic Sourcing

**October 27-29, 2014**
**GPhA Fall Technical Conference**
<u>**Bethesda, Maryland**</u>

**Actavis**:   Michael Kimball, Executive Director, Transdermal Development

**Apotex**:   Kiran Krishnan, Vice President, Regulatory Affairs

**Impax** :   Marcy Macdonald, Vice President Regulatory Affairs

**Mylan**:   Marcie McClintic Coates, Vice President and Head of Global Regulatory Affairs

**Perrigo**:   Richard Stec, Vice President, Global Regulatory Affairs

**Teva**:   Scott Tomsky, Vice President, Generic Regulatory Affairs, North America

Other Defendants with representative attendees: Breckenridge, Dr. Reddy's, Fougera, Glenmark, Heritage, Lannett, Lupin, Par, Sandoz, Sun, Taro, Teligent, Upsher-Smith, UDL, West-Ward, Wockhardt, and Zydus.

PUBLIC VERSION
REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER

**February 9-11, 2015**
**GPhA Annual Meeting**
**Miami Beach, Florida**[4]

**Apotex**:      Jeff Watson (President)

**Mylan:**      Rajiv Malik (President); Deborah Autor (Senior Vice President, Strategic Global
              Quality & Regulatory Policy)

**Perrigo:**     Joseph Papa (President, Chief Executive Officer, and Chairman); Douglas Boothe
              (President of Generics Division); Judy Brown (CFO); Ben Needham (Manager
              Corporate Development); Richard Stec (VP Global Regulatory Affairs)

**Taro:**       Ara Aprahamian (VP Sales & Marketing); Kim DiPadova; Xiaopin Jin

**Teligent:**    Jason Grenfell-Gardner, President and CEO

**Teva:**       Sigurdur Olafsson (President and Chief Executive Officer, Global Generic
              Medicines Group); Brian Rubenstein (Executive Counsel)

Other Defendants with representative attendees: Actavis, Akorn, Breckenridge, Dr. Reddy's,
Endo, Epic, Glenmark, Heritage, Impax, Lupin, Par, Sandoz, Teligent, Upsher-Smith, West-
Ward, Wockhardt, and Zydus.

**February 16-18, 2015**
**HSCA National Pharmacy Forum**
**Marriott Waterside Hotel and Marina, Tampa, Florida**

**Actavis**:     John Fallon, Executive Director of Sales

**Mylan:**      Lee Rosencrance, District Manager; Martin Wingerter, Director of National
              Accounts; Janet Bell, Director of National Accounts; Mark Pittenger, Senior
              Director of National Accounts; Cam Bivens, Director of National Accounts;
              Heather Paton, Vice President, Institutional Sales

**Teva:**       John Fallon, Executive Director, Sales; Brad Bradford, Director of National
              Accounts; Jeff McClard, Senior Director of National Accounts; Nick Gerebi,
              Director of National Accounts

**West-Ward:**   Neal Gervais, National Account Director; Joseph Schrick, Director, National
              Accounts; Anthony Massaro, Associate Product Manager; Mark Zampella,
              Director, National Accounts; Brad Bradford, Director of National Accounts

---

[4] 2015 Annual Meeting Past Meeting Attendees, ASSOCIATION FOR ACCESSIBLE MEDICINES,
https://www.gphaonline.org/index.php/events/2015-annual-meeting-past-meeting-attendees.

PUBLIC VERSION
REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER

**February 22-25, 2015**
**ECRM 2015 Retail Pharmacy Efficient Program Planning Session**
**Hilton Beach Golf Resort and Spa, Destin, Florida**[5]



**Actavis:**

**Dr. Reddy's:**

**Heritage:**

**Lannett:**

**Par:**

**Perrigo:**

**Sandoz:**

---

[5] EPPS Attendees: Retail Pharmacy Generic Pharmaceuticals, ECRM,
https://ecrm.marketgate.com/Events/Attendees.aspx?s=3610&rt=S

PUBLIC VERSION
REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER



**Taro Israel:**
**Taro USA:**
**Teligent:**
**Teva:**
**West-Ward:**
**Zydus:**

Other Defendants with representative attendees: Akorn, Apotex, Epic, Impax, Lupin, Mayne, Upsher-Smith, and Wockhardt.

## March 8-11, 2015
### HDMA Annual Distribution Management Conference and Expo
#### Orlando, Florida

**Actavis:** Thomas Napoli (Associate Director, Controlled Substance Compliance); Michael Reed (Director, National Trade Accounts); Paul Reed (Senior Director, Trade Sales and Development – US Brands); Mary Woods (Executive Director, US Order Management)

**Apotex:** Malinda Baumer (Manager, Customer Support)

**Breckendridge:** Stephanie Puckly (Operations & Customer Service Manager)

**Dr. Reddy's:** Heather Hovis (Transportation & Distribution Manager)

**Mylan:** Todd Bebout (Head of North America Supply Chain); Mark Gutmann (Senior Director, Global Serialization Program); Michael Marrone (Global Serialization IT Lead); James Matthews (Senior Direcotr, North American Distribution); Robert Teper (Director of Greensboro Distribution Center Operations); Amanda Tolbert (Director, NA Transportation and Import/Export Compliance)

PUBLIC VERSION
REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER

**Par:** Aladin Alkwhawam (Associate Director, Packaging); John Dec (Senior Manager, Supply Chain/Logistics Systems); Patricia Lipari (Director, Sales Operations); Richard Walton (Executive Director, Supply Chain Operations)

**Taro USA:** Rick Lewellyn (Senior Manager, Customer Logistics and Returns)

**Teva:** Christopher Doerr (Senior Director, Trade Operations); Robert Nelid (Associate Director, Customer Operations)

**Upsher-Smith:** Michael McBride (Associate Vice President, Partner Relations)

### April 14, 2015
### HDMA 2015 Annual CEO Roundtable Fundraiser
### New York, New York

**Actavis:** Andrew Boyer, Senior Vice President, Generic Sales, Marketing, National Accounts; Marc Falkin, Vice President, Marketing, Pricing and Contracts; Anthony Giannone, Executive Director, Sales

**Mylan:** Robert Potter, Senior Vice President, National Accounts and Channel Development; Anthony Mauro, Chief Commercial Officer; Robert Tighe, Head of Mylan Pharmaceuticals and Canada; Chrys Kokino, Head of Global Biologics Commercial; Frank Mullery, Head of Commercial Finance; James Nesta, Vice President Sales; David Workman, Vice President Strategic Pricing

**Par:** Michael Altamuro, Vice President Marketing and Business Analytics; Jon Holden, Vice President of Sales; Paul Campanelli, CEO; Terry Coughlin, Chief Operating Officer; Steve Mock, Corporate Affairs; Joel Morales, Vice President Finance; Antonio Pera, Chief Commercial Officer; Brandon Rockwell, Executive Director, Business

**Sandoz:** Anuj Hasija, Executive Director, Key Accounts; Victor Moreire, Director Contracts and Analytics; Ted Slack, Senior Director, US Managed Markets, Robert Spina, Vice President, Pricing

**Teva:** Christine Baeder, Vice President, Customer Operations; Maureen Cavanaugh, Chief Operating Officer; Christopher Doerr, Senior Director, Trade Operations; Jeffrey Herzfeld, Senior Vice President, US Specialty Medicines Trade Relations; Adam Levitt, Senior Vice President, Global Commercial Operations.

PUBLIC VERSION
REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER

**June 7-10, 2015**
**HDMA 2015 Business and Leadership Conference**
**San Antonio, Texas**

**Actavis**:      Andrew Boyer (Senior Vice President, Generic Sales and Marketing); Marc Falkin (Senior Vice President, US Generics); Richard Rogerson (Executive Director, Pricing and Business Analytics, Sales Marketing Generics); Anthony Giannone (Executive Director, Sales); Brandon Miller (Executive Director Trade Relations), Michael Reed (Director, National Trade Accounts)

**Apotex**:      Jeffrey Hampton (Vice President, Commercial Operations); Beth Hamilton (National Sales Director); James Crenshaw (Director, National Accounts); Erin Organ (Director of Commercial Operations); Debbie Veira (Manager, National Accounts); Sam Boulton (Director National Account); John Crawford (Director National Account); Tina Kaus (Director National Account); Jim Van Lieshout (VP Market Access and Pharm. Strategy)

**Aurobindo**:      Julia Faria (Sr. Manager, Sales Operations and Contract Administration); Charles Rath (National Trade Relations Manager)

**Breckenridge**: Scott Cohon (Director of Sales); David Giering (Manager, Marketing & Trade Relations); Philip Goldstein (Director of National Accounts).

**Citron**:      Susan Knoblauch (Director National Accounts); Laura Short (VP Sales); Karen Strelau (EVP Sales & Marketing)

**Dr. Reddy's**:  Victor Borelli (Senior Director, National Accounts); Joshua Hudgens (Director of Purchasing); Katherine Neeley (Associate Director); Patricia Wetzel (Senior Director, National Accounts); Jake Austin (Director National Accounts Rx Generics); Sherice Koonce (Director, Rx Pricing)

**Glenmark**:      Christopher Bihari, Director National Accounts

**Heritage**:      Neal O'Mara (National Accounts Manager); Matthew Edelson (Associate Director, National Accounts); Jeff Glazer (CEO & Vice Chairman); Jason Malek (Senior VP Commercial Operations); Anne Sather (Director, National Accounts)

**Impax**:      William Ball, Senior National Sales Manager, Danny Darnell, Senior National Accounts Manager, Todd Engle, VP Sales and Marketing, Michael Grigsby, Senior National Accounts Manager, Italo Pennella, Trade Account Manager, Thomas Sammler, Director Sales Operations, Gary Skalski, Senior Director Sales

**Lannett**:      Kevin Smith, Vice President Sales and Marketing; Tracy Sullivan, Director, National Accounts; Grace Wilks, Director Sales and Marketing; Breanna Stillman, Sales Analyst

PUBLIC VERSION
REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER

**Lupin**: David Berthold, VP Sales US Generics, William Chase, Director, Managed Markets & Trade (Brand), Jason Gensburger, Director, Financial Services, Kevin Walker, National Account Manager, and Lauren Walten, Regional Sales Associate

**Mylan**: Richard Isaac, Senior Manager, Strategic Accounts; John Baranick, Director of Trade Relations; Todd Bebout, Vice President, North America Supply Chain Management; Robert O'Neill, Head of Generic Sales, North America; Janet Bell, Director National Accounts; Sean Reilly, National Account Manager; Erik Williams, VP-NA Pricing; Lance Wyatt, Director, National Accounts

**Par**: Peter Gargiulo, Director, National Accounts; Sandra Bayer, Senior Director, National Accounts; Christopher Neurohr, Director, National Accounts; Karen O'Connor, VP National Accounts

**Sandoz:** Arunesh Verma, Executive Director, Marketing; Anuj Hasija, Executive Director, Key Accounts; Kirko Kirkov, Executive Director, Key Customers; Sean Walsh, Key Account Manager; Kenneth Baker, Director, Managed Markets; Christopher Bihari, Director of National Accounts (Sales); Seth Coombs, Executive Director, Oncology Injectables; Steven Greenstein, Director of National Accounts (Sales); Jason Jones, Director Key Customer; Marco Polizzi, Head, Institutional Sales and Marketing; Arun Varma, Executive Director Marketing

**Sun**: Christopher Schoen, Vice President, Trade Sales; Scott Littlefield, Trade Director, National Account Executive; Daniel Schober, VP Trade Sales, Steve Smith, Sr. Director Sales

**Teva**: Theresa Coward, Senior Director, National Sales; Christopher Doerr, Director, Trade Operations; Cassie Dunrud, Associate Director; Andrew Boyer, Senior Vice President, Generic Sales and Marketing; Thomas Boyer, Director, National Accounts; Marc Falkin, Vice President, Marketing, Pricing, and Contracts; Christine [Bader or Baeder], Vice President, Commercial Operations; Brad Bradford, Director National Accounts; Nick Gerebi, Director National Accounts; Jeff Herberholt, Senior Manager, Regional Accounts; Jeff McClard, Senior Director National Accounts; Jason Nagel, Associate Director Trade Relations; Michelle Osmian, Director, Customer Operations; Nisha Patel, Director, National Accounts; Jessica Peters, Director National Accounts

**Upsher-Smith**: Joann Gaio, Senior National Account Manager, Trade, Scott Hussey, Senior VP Global Sales, Brad Leonard, Senior Director National Accounts, Michael McBride, Associate VP, Partner Relations, Mike Muzetras, Senior National Accounts Manager, David Zitnak, National Accounts Senior Director-Trade, Doug Zitnak, National Accounts Senior Director- Trade

**West-Ward:** Mark Boudreau, Executive Director of National Sales; Joseph Ruhmel, National Account Director; Steven Snyder, National Account Director

25

PUBLIC VERSION
REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER

**Wockhardt**:   Karen Andrus, Director of Sales, Scott Koenig, Vice President Retail Generics

**Zydus**:   Scott Goldy, Director, National Accounts; Marc Kikuchi, Senior Vice President, Global Generics; Maria McManus, Corporate Account Manager; Maria Bianco-Falcone, Senior Director Contracting; Kevin Green, Senior Director of Sales; Louis Pastor, Senior Director Trade Operations; Kristy Ronco, Vice President, Sales; Jodi Weber, Corporate Account Manager

**June 9-10, 2015**
**GPhA Meeting**
**North Bethesda, Maryland**

**Actavis**:   Joyce Ann DelGaudio, Executive Director, Regulatory Affairs

**Apotex**:   Kiran Krishnan, Vice President, Regulatory Affairs

**Impax**:   Marcy Macdonald, Vice President Regulatory Affairs;

**Mylan**:   Bryan Winship, Senior Director, Quality Management, Strategic Global Quality and Regulatory Policy, Daniel Snider, Vice President Research and Development, Timothy Ames, Vice President Global Strategic Regulatory Affairs, Dawn Culp, Vice President Global Regulatory Affairs Policy;

**Perrigo**:   Richard Stec, Vice President, Global Regulatory Affairs; and

**Sandoz**:   Nicholas Tantillo, Head, Policy and Regulatory Strategy

**Teva**:   Scott Tomsky, Generic Regulatory Affairs, North America, Siva Vaithiyalingam, Director, Regulatory Affairs

Other Defendants with representative attendees:  Actavis, Citron, Dr. Reddy's, Fougera, Glenmark (through its parent Glenmark Pharmaceuticals Limited), Heritage, Impax, Lannett, Lupin, Mylan, Par, Perrigo, Sandoz, Sun, Taro, UDL, Upsher-Smith, West-Ward, Wockhardt, and Zydus.

**September 27-29, 2015**
**HDMA 2015 Annual Board and Membership Meeting**
**Montage, Laguna Beach, California**

**Apotex**:   Beth Hamilton, a. Director, National Sales; Jeffrey Hampton, Vice President, Commercial Operations; James Van Lieshout, Vice President, Sales, Retail Division; Steve Giuli, Director, Government Affairs

26
PUBLIC VERSION
REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER

**Mylan**:       James Nesta, Vice President of Sales; Robert Potter, Senior Vice President, North America National Accounts; Anthony Mauro, Senior Vice President, North America; Robert Tighe, Head of Mylan Pharma.

**Teva**:       Maureen Cavanaugh, Chief Operating Officer, Teva US Generics; Christine Baeder, Senior Director, Customer Operations; Andrew Boyer, Senior Vice President, Generic Sales; Marc Falkin, Vice President, Marketing and Pricing.

**November 2-4, 2015**
**GPhA Fall Technical Meeting**
**<u>North Bethesda, Maryland</u>**

Representatives of at least Defendants Perrigo, Taro, and Teligent attended.

**March 6-9, 2016**
**HDMA Distribution Management Conference and Expo**
**<u>San Antonio, Texas</u>**

**Apotex:**       Malinda Baumer (Manager, Customer Support)

**Aurobindo:**   David Palew (Director, Commercial Planning & Supply Chain)

**Breckenridge:** Bill Justice (Executive Director – Operations); Stephanie Puckly (Operations & Customer Service Manager)

**Dr. Reddy's:**  Heather Leone (Senior Associate, Transportation & Distribution)

**Impax:**       Robin Bartlett (Senior Director, IT Business Services); Gary Lerner (Supply Integrity SME)

**Glenmark**:    Lauren LaVista (Sr. Analyst Commercial Operations)

**Mylan**:       Jessica Saccoccio (National Account Manager); Joseph Shepherd (Head of N.A. Distribution Regulatory Compliance); Desiree Torek (Director)

**Par:**         Phillip Hulley (VP, Business Processes & Systems); Brian Magerkurth (SVP Supply Operations)

**Perrigo**:     Luma Raha (Global Operations Systems Program Lead); Roger Reimink (VP of Logistics & Supply Planning)

**Teva:**        Christopher Doerr (Senior Director, Trade Operations); Colleen McGinn (Director, DEA Compliance); Joseph Tomkiewicz (Manager DEA Compliance)

27
PUBLIC VERSION
REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER

**Upsher-Smith:** Will Kopesky (Director of Supply Chain); Brad Leonard (Senior Director, National Accounts); Michael McBride (VP, Partner Relations); Morgan White (Sr. Director, Business Platforms)

**April 11-14, 2016**
**MMCAP 2016 National Member Conference**
**Minneapolis, Minnesota**

**Mylan**:          Mark Pittenger, Senior Director of National Accounts;

**Perrigo**:        Pete Hakenstad, National Account Manager;

**Sandoz**:        Christopher Bihari; Director, Key Customers;

**Teva**:          Nick Gerbi, Director National Accounts; and

**West-Ward**:   Elizabeth Guerrero, Director, National Accounts.


**June 12-15, 2016**
**HDMA 2016 Business and Leadership Conference**
**Colorado Springs, Colorado**

**Apotex**:        Jeffrey Hampton, Vice President, Commercial Operations; Beth Hamilton, National Sales Director; John Crawford, Director, National Accounts; David Rekenthaler, Vice President, Sales; James Van Lieshout, Vice President, Market Access and Trade Relations

**Dr. Reddy's**:  Victor Borelli; Senior Director, National Accounts; Jinping McCormick, Vice President, Sales and Marketing; Cynthia Medalle, Head Sales and Marketing, Generics

**Glenmark**:     Christopher Bihari, Director National Accounts

**Heritage**:      Anne Sather, Director, National Accounts

**Lannett**:       Tracy Sullivan, Director, National Accounts; Breanna Stillman, Sales Analyst; Bili Giannone, National Account Representative

**Mylan**:         Michael Aigner, National Account Director; John Baranick, Director of Trade Relations; Janet Belli, Director, National Accounts; Thomas Boyer, Vice President, Business Development; Priscilla Lanham, Associate Manager

**Par**:           Joe Cappello, Director, National Accounts

PUBLIC VERSION
REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER

**Sandoz:**      Kirko Kirkov, Executive Director, Key Customers; Sean Walsh, Key Account Manager; Joe Hodge, Director, Key Customers; Sanket Shah, Manager, Customer Operations; Jason Jones, Director, Key Customers

**Sun**:         Christopher Schoen, Vice President, Trade Sales; Scott Littlefield, Trade Director, National Account Executive

**Teva**:        Theresa Coward, Senior Director, National Sales; Christine Baeder, Vice President, Commercial Operations; Sal Cuomo, Director, Trade Relations, Brand Pharmaceuticals; Nick Gerber, Director, National Accounts

**West-Ward:**   Joseph Ruhmel, National Account Director; Christopher Bonny, Executive Director, Commercial Business Development; Neal Gervais, Director, National Accounts; John Kline, National Account Director

**Zydus**:       Linda Andrews, Chargeback Operations Manager; Maria McManus, Corporate Account Manager; Kevin Green, Associate Vice President, National Accounts; Louis Pastor, Senior Director Trade Operations; Kristy Ronco, Vice President, Sales

**September 25-28, 2016**
**HDMA 2016 Annual Board and Membership Meeting**
**Sulphur Springs, West Virginia**

**Apotex**:      Steve A. Giuli, Vice President, Government Affairs; David Rekenthaler, Vice President, Sales

**Mylan**:       John Poulin, Senior Vice President, North America National Accounts, James Nesta, Vice President of Sales; Patrick Weaver, Head of Strategic Government Sales; Robert Tighe, Head of Mylan Pharmaceuticals

**Teva**:        Jessica Peters, Director, Trade Relations; Theresa Coward, Senior Director, Sales and Trade Relations

**Zydus**:       Michael Conley, Vice President, Wholesaler Channels

PUBLIC VERSION
REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER