**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL No. 2724<br>16-MD-2724<br>HON. CYNTHIA RUFE |
| THIS DOCUMENT RELATES TO:<br><br>*HUMANA INC. V. ACTAVIS ELIZABETH, LLC, ET AL.* | 18-cv-3299 |

**DECLARATION OF SETH DAVIS**

I, Seth Davis, submit this declaration in support of the Defendants' Motion to Exclude the Expert Reports and Testimony of William B. Vogt, Ph.D.

1. I am an attorney licensed to practice law in the Second Circuit of the United States Court of Appeals, Northern District of California, District Court of Connecticut, District Court of New Jersey, Southern District of New York, and Eastern District of Pennsylvania. I am a partner of the law firm Kasowitz LLP, and counsel of record for Defendants Actavis Elizabeth LLC, Actavis Holdco U.S., Inc., Actavis Pharma, Inc., and Teva Pharmaceuticals USA, Inc.

2. Attached as Exhibit 1 is a true and correct copy of the expert report of William B. Vogt, Ph.D., dated November 7, 2025.

3. Attached as Exhibit 2 is a true and correct copy of certain excerpts from the transcript of the deposition of William B. Vogt, Ph.D.

4. Attached as Exhibit 3 is a true and correct copy of the rebuttal expert report of William B. Vogt, Ph.D., dated February 27, 2026.

5. Attached as Exhibit 4 is a true and correct copy of the expert report of Dr. Amitabh Chandra, dated January 9, 2026.

6. Attached as Exhibit 5 is a true and correct copy of certain excerpts from the transcript for of the deposition of Dr. W. David Bradford.

7. Attached as Exhibit 6 is a true and correct copy of the expert report submitted of Dr. Mathis Wagner, dated January 9, 2026.

8. Attached as Exhibit 7 is a true and correct copy of the expert report of Dr. Sean Nicholson, dated January 9, 2026.

9. Attached as Exhibit 8 is a true and correct copy of the expert report of Dr. Lawrence Wu, dated January 9, 2026.

10. Attached as Exhibit 9 is a true and correct copy of the expert report of Dr. Anupam B. Jena, dated January 9, 2026.

11. Attached as Exhibit 10 is a true and correct copy of certain excerpts from the transcript of the deposition of Bethanie Stein.

12. Attached as Exhibit 11 is a true and correct copy of certain excerpts from the transcript of the deposition of Mark McCullough.

13. Attached as Exhibit 12 is a true and correct copy of certain excerpts from the transcript of the deposition of William Fleming.

14. Attached as Exhibit 13 is a true and correct copy of the Declaration of Dr. Tram Nguyen Regarding Discovery from Humana Inc., dated November 21, 2025.

15. Attached as Exhibit 14 is a true and correct copy of certain excerpts from the transcript of the deposition of Dr. Richard Frank.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: March 26, 2026

Respectfully submitted,

By: *<u>/s/ Seth Davis</u>*
Seth Davis
KASOWITZ LLP
1633 Broadway
New York, NY 10019
Telephone: (212) 506-1700
Fax: (212) 506-1800
sdavis@kasowitz.com

*Counsel for Defendants Actavis Holdco U.S., Inc., Actavis Pharma, Inc., Actavis Elizabeth LLC, and Teva Pharmaceuticals USA, Inc.*