**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL No. 2724<br>16-MD-2724 |
| | HON. CYNTHIA M. RUFE |
| This Document Relates to:<br><br>*Humana Inc. v. Actavis Elizabeth LLC, et al.* | 18-CV-03299 |

**DEFENDANTS' JOINT MOTION FOR SUMMARY JUDGMENT ON DAMAGES**

Pursuant to Federal Rule of Civil Procedure 56, the undersigned Defendants hereby move for partial summary judgment as to Plaintiff Humana Inc.'s ("Humana") indirect purchaser claims to reflect: 1) a 50.8% reduction in Humana's indirect VOC for the Drugs at Issue to exclude the full and unrebutted amount of the government's Medicare Part D payments calculated by Dr. Chandra; 2) a $360 million set off of any damages award to reflect the full amount of Humana's 2024 recovery from Walgreens; 3) at least an 8.5% reduction in Humana's indirect VOC to exclude transactions on which no overcharge was suffered; and 4) at least a 28.4% reduction in Humana's indirect VOC to remove the amount of its double-counted direct commerce.

In support of this motion, Defendants rely on their Memorandum of Law in Support of Defendants' Joint Motion for Summary Judgment on Damages, the Declaration of William S.D. Cravens and the exhibits attached thereto, and the appendices cited in the Memorandum of Law.

Dated March 26, 2026

Respectfully submitted,

/s/ J. Clayton Everett, Jr.
J. Clayton Everett, Jr.
William S.D. Cravens
Y. Frank Ren
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: +1.202.739.3000
Facsimile: +1.202.739.3001
clay.everett@morganlewis.com
william.cravens@morganlewis.com
frank.ren@morganlewis.com

Stephen D. LaBrecque
**MORGAN, LEWIS & BOCKIUS LLP**
1 Federal Street
Boston, MA 02110
Telephone: +1.617.341.7700
Facsimile: +1.617.341.7701
stephen.labrecque@morganlewis.com

Harvey Bartle IV
**MORGAN, LEWIS & BOCKIUS LLP**
2222 Market Street
Philadelphia, PA 19103
Telephone: +1.215.963.5000
Facsimile: +1.215.963.5001
harvey.bartle@morganlewis.com

*Counsel for Defendants Perrigo Company plc and Perrigo New York, Inc.*

2

/s/ Seth Davis
Seth Davis
Sheron Korpus
Seth A. Moskowitz
David M. Max
KASOWITZ LLP
1633 Broadway
New York, NY 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800
skorpus@kasowitz.com
smoskowitz@kasowitz.com
sdavis@kasowitz.com
dmax@kasowitz.com

*Counsel for Defendants Actavis Elizabeth LLC,
Actavis Holdco U.S., Inc., Actavis Pharma, Inc.,
and Teva Pharmaceuticals USA, Inc*

/s/ Donald W. Hawthorne
Donald W. Hawthorne
CURTIS, MALLET-PREVOST, COLT &
MOSLE LLP
101 Park Avenue
New York, NY 10178
Telephone: 212-696-6949
dhawthorne@curtis.com

*Counsel for Defendant Breckenridge
Pharmaceutical, Inc.*

/s/ David Fioccola
Grant Esposito
David Fioccola
PROSKAUER ROSE LLP
11 Times Square
New York, NY 10036
Telephone: (212) 969-3000
Facsimile: (212) 969-2900
gesposito@proskauer.com
dfioccola@proskauer.com

Christopher Ondeck
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue, NW,
Suite 600 South

/s/ Jeffrey C. Bank
Jeffrey C. Bank
Seth C. Silber
WILSON SONSINI GOODRICH &
ROSATI
1700 K Street, NW, 5th Floor
Washington, DC 20006
Telephone: (202) 973-8800
Facsimile: (866) 974-7329
jbank@wsgr.com
ssilber@wsgr.com

Chul Pak
Michael Sommer
WILSON SONSINI GOODRICH & ROSATI
31 West 52nd Street, Fifth Floor
New York, NY 10019
Telephone: (212) 999-5800
Facsimile: (866) 974-7329
cpak@wsgr.com
msommer@wsgr.com

*Counsel for Mylan Inc., Mylan Pharmaceuticals,
Inc., Mylan N.V., and UDL Laboratories Inc.*

/s/ Mary Pat Brogan
Mary Pat Brogan
BAKER & HOSTETLER LLP
127 Public Square, Suite 2000
Cleveland, OH 44114-1214
Telephone: 216.621.0200
mbrogan@bakerlaw.com

Carlos F. Ortiz
Kayley B. Sullivan
BAKER & HOSTETLER LLP
45 Rockefeller Center
New York, NY 10111-0100
Telephone: 212.589.4200
cortiz@bakerlaw.com
kbsullivan@bakerlaw.com

*Counsel for Defendant Heritage
Pharmaceuticals, Inc.*

3

Washington, DC 20004
Telephone: (202) 416-5865
Facsimile: (202) 416-6899
ondeck@proskauer.com

*Counsel for Defendants Sandoz Inc. and
Fougera Pharmaceuticals Inc.*

*/s/ John M. Taladay*
John M. Taladay
Christopher P. Wilson
Edward W. Duffy
JoAnna B. Adkisson
Michael A. Munoz
BAKER BOTTS LLP
700 K Street NW
Washington, DC 20001
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
john.taladay@bakerbotts.com
christopher.wilson@bakerbotts.com
ed.duffy@bakerbotts.com
joanna.adkisson@bakerbotts.com
michael.munoz@bakerbotts.com

Lauri A. Kavulich
CLARK HILL PLC
2001 Market Street, Suite 2620
Philadelphia, PA 19103
Telephone: (215) 640-8500
Facsimile: (215) 640-8501
lkavulich@clarkhill.com

Lindsay S. Fouse
CLARK HILL PLC
301 Grant Street, 14th Floor
Pittsburgh, PA 15219
Telephone: (412) 394-7711
Facsimile: (412) 394-2555
lfouse@clarkhill.com

*Counsel for Defendants Taro Pharmaceuticals
U.S.A., Inc., Taro Pharmaceutical Industries Ltd.,
and Sun Pharmaceutical Industries Inc.*

*/s/ Brian T. Feeney*
Brian T. Feeney
GREENBERG TRAURIG, LLP
1717 Arch Street, Suite 400
Philadelphia, PA 19103
Telephone: (215) 988-7812
Facsimile: (215) 717-5265
Brian.feeney@gtlaw.com

*Counsel for Defendant Dr. Reddys' Laboratories,
Inc.*

*/s/ Robert W. Manoso*
Robert W. Manoso
Dimitra Doufekias
MORRISON & FOERSTER LLP
2100 L Street, NW Suite 900
Washington, DC 20037
Telephone: (202) 887-1500
Facsimile: (202) 887-0763
rmanoso@mofo.com
ddoufekias@mofo.com

Michael B. Miller
MORRISON & FOERSTER LLP
250 W 55th Street
New York, NY 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
mbmiller@mofo.com

*Counsel for Defendant Glenmark Pharmaceuticals
Inc., USA*

*/s/ George G. Gordon*
George G. Gordon
Julia Chapman
DECHERT LLP
2929 Arch Street
Philadelphia, PA 19104-2808
Tel: (215) 994-2382
Fax: (215) 944-2222
george.gordon@dechert.com
julia.chapman@dechert.com

4

*/s/ Devora W. Allon*
Devora W. Allon, P.C.
Gilad Bendheim
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-6460
devora.allon@kirkland.com
alexia.brancato@kirkland.com
gilad.bendheim@kirkland.com

*Counsel for Defendant Upsher-Smith Laboratories, LLC*

*/s/ Jason R. Parish*
Jason R. Parish
BUCHANAN INGERSOLL & ROONEY PC
1700 K Street, NW, Suite 300
Washington, DC 20006
Telephone: (202) 452-7900
Facsimile: (202) 452-7989
jason.parish@bipc.com

Bradley J. Kitlowski
BUCHANAN INGERSOLL & ROONEY PC
Union Trust Building
501 Grant Street
Pittsburgh, PA 15219
Telephone: (412) 562-8800
Facsimile: (412) 562-1041
bradley.kitlowski@bipc.com

Caroline B. Warren
BUCHANAN INGERSOLL & ROONEY PC
Carillon Tower
227 West Trade Street, Suite 600
Charlotte, NC 28202
Telephone: (704) 444-3371
Facsimile: (704) 444-3490
caroline.warren@bipc.com

*Counsel for Defendant Zydus Pharmaceuticals (USA) Inc.*

*/s/ Peter G. Siachos*
Peter G. Siachos

D. Brett Kohlhofer
DECHERT LLP
1900 K Street NW
Washington, D.C.
Tel: (202) 261-3349
Fax: (202) 261-3333
d.brett.kohlhofer@dechert.com

*Attorneys for Defendant Lannett Company, Inc.*

*/s/ Brian J. Smith*
Brian J. Smith
WILSON SONSINI GOODRICH & ROSATI
1700 K Street, NW, 5th Floor
Washington, DC 20006
Telephone: (302)502-8417
brian.smith@wsgr.com

*Counsel for Defendant Mayne Pharma Inc.*

*/s/ Michael J. Hartman*
Robin P. Sumner
Michael J. Hartman
Melissa Hatch O'Donnell
TROUTMAN PEPPER LOCKE LLP
3000 Two Logan Square Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
Telephone: (215) 981-4000
Facsimile: (215) 981-4750
robin.sumner@troutman.com
michael.hartman@troutman.com
melissa.odonnell@troutman.com

*Attorneys for Defendants Impax Laboratories, LLC, Impax Pharmaceuticals, Inc., and West-Ward Pharmaceuticals Corp.*

5

Matthew G. Gallo
Nicholas R. Gex
GORDON REES SCULLY MANSUKHANI
LLP
677 King Street, Suite 450
Charleston, SC 29403
Telephone: (843) 714-25
psiachos@grsm.com
mgallo@grsm.com
ngex@grsm.com

Clair E. Wischusen
GORDON REES SCULLY MANSUKHANI
LLP
277 S. Washington Street, Suite 550
Alexandria, VA 22314
Telephone: (703) 650-7030
cwischusen@grsm.com

Hazel Mae Pangan
GORDON REES SCULLY MANSUKHANI
LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 230-7479
hpangan@grsm.com

*Attorneys for Defendant, Epic Pharma, LLC*

6

## CERTIFICATE OF SERVICE

I, J. Clayton Everett, Jr., certify that on the 26th day of March 2026, a true and correct copy of the foregoing document was served via electronic mail upon the following counsel:

*/s/ Raymond P. Girnys*
Peter D. St. Phillip, Jr.
W. Joseph Nielsen
Raymond P. Girnys
Alexis H. Castillo
LOWEY DANNENBERG, P.C.
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
pstphillip@lowey.com
rgirnys@lowey.com
acastillo@lowey.com
jnielsen@lowey.com

Todd Schneider
J. Caleigh Macdonald
SCHNEIDER WALLACE
COTTRELL KIM LLP
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Tel. 415-421-7100
tschneider@schneiderwallace.com
jmacdonald@schneiderwallace.com

Jason H. Kim
SCHNEIDER WALLACE
COTTRELL KIM LLP
300 S. Grand Ave., Suite 2700
Los Angeles, CA 90071
Tel. 415-421-7100
jkim@schneiderwallace.com

*Counsel for Humana Inc.*

And on liaison counsel of record for private plaintiffs and defendants using the

MDL2724AllDeftsService@groups.troutman.com and mdl2724plaintiffsleadsetc@ag.ny.gov

listservs.

Dated: March 26, 2026                                    */s/ J. Clayton Everett Jr,*
                                                         J. Clayton Everett, Jr.