**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL No. 2724<br>16-MD-2724 |
| | HON. CYNTHIA M. RUFE |
| This Document Relates to:<br><br>*Humana Inc. v. Actavis Elizabeth LLC, et al.* | 18-CV-03299 |

## DECLARATION OF WILLIAM S.D. CRAVENS

I, William S.D. Cravens, submit this declaration in support of Defendants' Actavis Elizabeth LLC, Actavis Holdco US, Inc., Actavis Pharma, Inc., Breckenridge Pharmaceutical, Inc., Dr. Reddy's Laboratories Inc., Epic Pharma, LLC, Fougera Pharmaceuticals Inc., Glenmark Pharmaceuticals Inc., USA, Heritage Pharmaceuticals Inc., Impax Laboratories, LLC, Lannett Company, Inc., Mayne Pharma, Inc., Mylan Inc., Mylan Pharmaceuticals, Inc., Mylan N.V., Perrigo Company plc, Perrigo New York, Inc., Sandoz, Inc., Sun Pharmaceuticals Industries, Inc., Taro Pharmaceuticals Industries Ltd., Taro Pharmaceuticals USA, Inc., Teva Pharmaceuticals USA, Inc., UDL Laboratories Inc., Upsher-Smith Laboratories, LLC, West-Ward Pharmaceuticals Corp., Zydus Pharmaceuticals (USA) Inc. (collectively "Defendants") Joint Motion for Summary Judgment on Damages:

1.  I am an attorney licensed to practice law in the District of Columbia, Maryland, and Massachusetts. I am admitted pro hac vice in this action. I am a partner at the law firm Morgan, Lewis & Bockius LLP, and counsel of record for Defendants Perrigo Company plc and Perrigo New York, Inc.

2.      Attached as Exhibit 1 is a true and correct copy of the Rebuttal Expert Report of Dr. William B. Vogt, dated February 27, 2026.

3.      Attached as Exhibit 2 is a true and correct copy of excerpts from the transcript of the deposition of Dr. William B. Vogt, taken in this action, dated December 11, 2025.

4.      Attached as Exhibit 3 is a true and correct copy of the expert report of Dr. Amitabh Chandra, dated January 9, 2026.

5.      Attached as Exhibit 4 is a true and correct copy of excerpts from the transcript of Humana Inc.'s 30(b)(6) deposition through Bethanie Stein, dated September 24, 2025.

6.      Attached as Exhibit 5 is a true and correct copy of excerpts from the transcript of the deposition of William Fleming taken in this action, dated October 30, 2025.

7.      Attached as Exhibit 6 is a true and correct copy of the Supplemental Expert Report of Dr. Amitabh Chandra, dated March 26, 2026.[1]

8.      Attached as Exhibit 7 is a true and correct copy of Defendants' Mylan Inc., Mylan Pharmaceuticals, Inc., Mylan N.V., and UDL Laboratories, Inc.'s (collectively "Mylan") Second Set of Requests for Production of Documents to Plaintiff Humana Inc. in this action, dated September 1, 2025.

9.      Attached as Exhibit 8 is a true and correct copy of Plaintiff Humana Inc.'s Responses and Objections to Mylan's Second Set of Requests for Production, dated October 1, 2025.

---

[1] This report has been redacted as described in Defs. Mem. in Support of Mot. to Strike Portions of the Rebuttal Reports of W. David Bradford, William Vogt, and Richard Frank at 2 n. 1, *Humana Inc. v. Actavis Elizabeth, LLC et. al*, No. 18-cv-03299 (E.D. Pa. Mar. 23, 2026), ECF No. 433.

10.     Attached as Exhibit 9 is a true and correct copy of the email from Deborah Rogozinski, Counsel for Plaintiff Humana Inc., to All Defendants Counsel, dated February 26, 2026 at 11:52 A.M. ET.

11.     Attached as Exhibit 10 is a true and correct copy of a white paper drafted by Humana Supply Chain Management, a division of Plaintiff Humana Inc., entitled "Generic Deflation Outlook 2017-2019", dated September 1, 2017 and introduced as Exhibit 22 during the deposition of Keith Dostal, dated September 30, 2025.

12.     Attached as Exhibit 11 is a true and correct copy of the Expert Report of Dr. Richard G. Frank, dated February 27, 2026.

13.     Attached as Exhibit 12 is a true and correct copy of excerpts from the deposition of Dr. Richard G. Frank, dated March 20, 2026.

14.     Attached as Exhibit 13 is a true and correct copy of Exhibit A to Humana's Amended Motion to Confirm Final Arbitration Award, *Walgreen Co. v. Humana Health Plan Inc. et al*, No. 1:22-cv-00307-ACR, (D.D.C. May 19, 2023), Dkt No. 29-1, introduced as Exhibit 12 at Deposition of Keith Dostal, dated September 30, 2025.

15.     Attached as Exhibit 14 is a true and correct copy of the following news article: Mike Scarcella, Walgreens to pay $360 million to Humana in drug pricing settlement, REUTERS (Jan. 8, 2024), available at: https://www.reuters.com/legal/litigation/walgreens-pay-360-million-humana-drug-pricing-settlement-2024-01-08/.

16.     Exhibit 15 has been intentionally omitted by Defendants.

17.     Attached as Exhibit 16 is a true and correct copy of Appendix A to Defendants' Joint Motion for Summary Judgment on Damages.

3

18. Attached as Exhibit 17 is a true and correct copy of Appendix B to Defendants' Joint Motion for Summary Judgment on Damages.

19. Attached as Exhibit 18 is a true and correct copy of the following press release: Press Release, U.S. Department of Justice, False Claims Act Settlements and Judgments Exceed $6.8B in Fiscal Year 2025 (Jan. 16, 2026), available at: https://www.justice.gov/opa/pr/false-claims-act-settlements-and-judgments-exceed-68b-fiscal-year-2025.

20. Attached as Exhibit 19 is a true and correct copy of the following news article: Daniel Seiden, Humana Will Pay $90 Million in Medicare Drug Fraud Settlement, BLOOMBERG LAW (Aug. 16, 2024), available at: https://news.bloomberglaw.com/federal-contracting/humana-will-pay-90-million-in-medicare-drug-fraud-settlement.

21. Attached as Exhibit 20 is a true and correct copy of the following news article: Brendan Pierson, Humana to pay $90 mln to settle claim that it overcharged Medicare for drugs, REUTERS (Aug. 16, 2024), available at: https://www.reuters.com/legal/government/humana-pay-90-mln-settle-claim-that-it-overcharged-medicare-drugs-2024-08-16/.

22. Attached as Exhibit 21 is a true and correct copy of the Letter from Laura Mummert, Counsel for Plaintiff Humana Inc., to All Defendants Counsel (Sep. 28, 2020) introduced as Exhibit 7 at the Deposition of Bethanie Stein, dated September 24, 2025.

23. Attached as Exhibit 22 is a true and correct copy of a Humana document bates stamped HUM-GEN-MDL-000018854 and produced in discovery in this action.

24. Attached as Exhibit 23 is a true and correct copy of a Humana document bates stamped HUM-GEN-MDL-000000174 and produced in discovery in this action.

25. Attached as Exhibit 24 is a true and correct copy of a Humana document bates stamped HUM-GEN-MDL-000000555 and produced in discovery in this action.

26.    Attached as Exhibit 25 is a true and correct copy of the Expert Report of Dr. William B. Vogt, dated November 7, 2025.

27.    Attached as Exhibit 26 is a true and correct copy of the Expert Report of Dr. Lauren J. Stiroh, dated January 9, 2026.

28.    Attached as Exhibit 27 is a true and correct copy of correspondence from J. Bank (Wilson Sonsini) to R. Girnys (Lowey Dannenberg, P.C.), July 31, 2025 (memorializing the parties' meet and confer on July 25, 2025).

Respectfully Submitted,

*/s/ William S.D. Cravens*
William S.D. Cravens