IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL NO. 2724<br>16-MD-2724<br>HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO:<br><br>*Humana Inc. v. Actavis Elizabeth, LLC, et al.* | No. 18-cv-3299 |

## ORDER

**AND NOW**, this 26th day of March 2026, upon review of Defendants' Response to the Court's March 12, 2026 Rule to Show Cause, it is hereby **ORDERED** that the Rule to Show Cause [18-cv-3299, Doc. No. 427; MDL Doc. No. 4127] is **DISMISSED**. The Court will address the following motions to dismiss of February 21, 2019, which pursuant to a docket review are fully briefed and ripe for disposition.[1]

| Motion | Date Filed | Document Number in *Humana I* Docket (18-cv-3299) |
|---|---|---|
| Mayne Motion to Dismiss under Rule 12(b)(6) | 2/21/19 | [Doc. No. 66] |
| Lannett Motion to Dismiss under Rule 12(b)(6) | 2/21/19 | [Doc. No. 67] |
| West-Ward Motion to Dismiss under Rule 12(b)(6) | 2/21/19 | [Doc. No. 69] |
| Glenmark Motion to Dismiss under Rule 12(b)(6) | 2/21/19 | [Doc. No. 70] |
| Lupin Motion to Dismiss under Rule 12(b)(6) | 2/21/19 | [Doc. No. 72] |

---

[1] In Defendants' joint response to the Rule to Show Cause, they noted that Defendant Teligent proceeded into bankruptcy in 2021, that the Court allowed Teligent's counsel to withdraw, and that they are "unaware . . . whether the entities identified as 'Teligent' in Humana's complaint continue to exist as corporate legal entities." [MDL Doc. No. 4157]. The Court will accordingly defer ruling on Teligent's motion to dismiss of February 21, 2019 [18-cv-3299, Doc. No. 81].

2

| Breckenridge Motion to Dismiss under Rule 12(b)(6) | 2/21/19 | [Doc. No. 76] |
|---|---|---|
| Zydus Motion to Dismiss under Rule 12(b)(6) | 2/21/19 | [Doc. No. 77] |
| Perrigo New York Motion to Dismiss under Rule 12(b)(6) | 2/21/19 | [Doc. No. 80] |
| Impax Laboratories Motion to Dismiss under Rule 12(b)(6) | 2/21/19 | [Doc. No. 82] |

It is so **ORDERED**.

**BY THE COURT**:

**/s/ Cynthia M. Rufe**

_____

**CYNTHIA M. RUFE, J.**

2