**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724<br><br>HON. CYNTHIA M. RUFE |
| This Document Relates to:<br><br>*Humana Inc. v. Actavis Elizabeth LLC, et al.* | 18-CV-03299 |

## ORDER

**AND NOW**, this 10th day of April, 2026, it is hereby **ORDERED** that Defendants' Motion for Leave to File Under Seal Defendants' Memorandum of Law in Support of Defendants' Motion to Strike Portions of the Rebuttal Reports of W. David Bradford, William Vogt, and Richard Frank Or, in the Alternative, for Leave to File Limited Reply Expert Reports in Response and Accompanying Exhibits [MDL Doc. No. 4162; 18-cv-3299, Doc. No. 432] is **GRANTED**.

It is **ORDERED** that Defendants may file under seal the memorandum in support of the Motion to Strike Portions of the Rebuttal Reports of W. David Bradford, William Vogt, and Richard Frank Or, in the Alternative, for Leave to File Limited Reply Expert Reports ("Memorandum") and corresponding exhibits to preserve confidentiality as required by the Third Modified Protective Order ("PTO 320"), ECF No 3895.

It is further **ORDERED** that Defendants are to file the gray highlighted Memorandum and corresponding exhibits under seal and publicly accessible redacted Memorandum via ECF by April 17, 2026.

It is so **ORDERED**.

**BY THE COURT:**

**/s/ Cynthia M. Rufe**

_____

**Hon. Cynthia M. Rufe**