**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724<br><br>HON. CYNTHIA M. RUFE |
| This Document Relates to:<br><br>*Humana Inc. v. Actavis Elizabeth LLC, et al.* | 18-CV-03299 |

**ORDER**

 **AND NOW**, this 10th day of April, 2026, it is hereby **ORDERED** that Plaintiff Humana Inc.'s ("Humana") Motion for Leave to File Under Seal Plaintiff's Memorandum of Law and Accompanying Exhibits in Support of Plaintiff's Opposition to Defendants' Motion to Strike Portions of the Rebuttal Reports of W. David Bradford, William Vogt, and Richard Frank Or, in the Alternative, for Leave to File Limited Reply Expert Reports [MDL Doc. No. 4246; 18-cv-3299, Doc. No. 499] is **GRANTED**.

 It is **ORDERED** that Humana may file under seal its memorandum and accompanying exhibits in support of its Opposition to Defendants' Motion to Strike Portions of the Rebuttal Reports of W. David Bradford, William Vogt, and Richard Frank Or, in the Alternative, for Leave to File Limited Reply Expert Reports ("Memorandum") to preserve confidentiality as required by the Third Modified Protective Order ("PTO 320"), ECF No 3895.

 It is further **ORDERED** that Humana is to file the gray highlighted memorandum and corresponding exhibits under seal and publicly accessible redacted memorandum via ECF by April 10, 2026.

 It is so **ORDERED**.

 **BY THE COURT:**

 **/s/ Cynthia M. Rufe**

 _____

 **Hon. Cynthia M. Rufe**