IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724<br>HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO:<br><br>*Humana Inc. v. Actavis Elizabeth LLC, et al.* | Civil Action No. 18-3299 |

PRETRIAL ORDER NO. 340
(SECOND AMENDED PRETRIAL SCHEDULE FOR *HUMANA I* BELLWETHER)

**AND NOW**, this 11th day of June 2026, upon consideration of the parties' Joint

Stipulation Regarding Modifying the Pretrial Schedule in the *Humana I* Bellwether Case [MDL

Doc. No. 4079], appended hereto as Attachment 1, it is hereby **ORDERED**:

1. The schedule of proceedings for the *Humana I* Bellwether is hereby **AMENDED** as

    follows:

| Date | Description |
|---|---|
| September 12, 2025 | Defendants to Answer Complaint (without prejudice to Motions to Dismiss) |
| October 1, 2025 | Close of Fact Discovery |
| November 7, 2025 | Plaintiffs' Expert Reports due |
| December 12, 2025 | Completion of Depositions of Plaintiffs' Experts |
| December 22, 2025 | Defendants' Expert Reports due |
| January 30, 2026 | Completion of Depositions of Defendants' Experts |
| February 6, 2026 | Plaintiffs' Experts' Rebuttal Reports due |

| | |
|---|---|
| February 27, 2026 | Completion of Depositions of New Rebuttal Experts |
| March 26, 2026 | Summary Judgment (and Daubert) Motions due |
| May 1, 2026 | Responses to Summary Judgment (and Daubert) Motions due |
| May 22, 2026 | Replies in support of Summary Judgment (and Daubert) Motions due |
| May 26, 2026 | Humana to send Defendants its witness list, with witnesses Humana "will call" or "may call" and whether Humana will seek to present any witnesses by deposition testimony or live in person or remote testimony |
| June 2, 2026 | Defendants to send Humana their witness list, with witnesses Defendants "will call" or "may call" and whether Defendants will seek to present any witnesses by deposition testimony or live in person or remote |
| June 4, 2026 | Oral argument on Summary Judgment (and certain Daubert) Motions at 10:30 AM in Courtroom 12-A, United States Courthouse, 601 Market Street, Philadelphia, PA |
| June 8, 2026 | Exchange initial deposition designations and exhibit lists |
| June 9, 2026 | Defendants to provide objections to Humana's witness list |
| June 11, 2026 | Oral argument on Defendants' Joint Damages/Commerce Motion for Summary Judgment at 11:00 AM in Courtroom 17-A, United States Courthouse, 601 Market Street, Philadelphia, PA |
| June 15, 2026 | Defendants to send Humana proposed draft of jury instructions and verdict forms<br><br>Humana to send Defendants proposed draft of jury questionnaire and voir dire<br><br>Simultaneous exchange of initial drafts of stipulations of undisputed facts |
| June 19, 2026 | Humana to provide objections to Defendants' witness list |
| June 22, 2026 | Exchange objections to initial exhibit lists and deposition designations and counter-designations<br><br>Humana to send Defendants merged version of undisputed facts<br><br>Deadline to move for limited discovery on authenticity and admissibility for good cause shown |
| June 26, 2026 | Exchange topics for motions in limine |

| | |
|---|---|
| | Humana to send Defendants counterproposals and objections to jury instructions and verdict forms<br><br>Defendants to send Humana objections and counterproposals to jury questionnaire and voir dire<br><br>Parties to exchange drafts of pretrial memoranda templates to ensure consistent template and formatting |
| June 30, 2026 | Humana to send Defendants further revised witness list, identifying witnesses the party "will call" or "may call" and whether Humana will seek to present any witnesses by remote testimony or video deposition<br><br>Deadline to oppose limited discovery on authenticity and admissibility |
| July 7, 2026 | Second exchange of exhibit lists and objections<br><br>Resolve any disputes about page limits and format for motions in limine, and submit to the Court a joint stipulation or competing proposed Orders<br><br>Defendants to send Humana edits to stipulation of undisputed facts and further revised witness list, identifying witnesses the parties "will call" or "may call" and whether Defendants will seek to present any witnesses by deposition testimony or live in person or remote testimony |
| July 15, 2026 | Exchange objections to exhibits list and deposition designations and counter-designations<br><br>Defendants to send Humana counterproposals and objections to jury instructions and verdict forms<br><br>Humana to send Defendants counterproposals and objections to jury questionnaire and voir dire<br><br>Humana to send Defendants edits to undisputed facts |
| July 22, 2026 | Completion of all limited evidentiary pretrial discovery on authenticity and admissibility to be complete absent a showing of good cause<br><br>Filing motions in limine (parties may raise new motion in limine issues not previously disclosed for good cause)<br><br>Parties to meet and confer regarding jury instructions, verdict forms, jury questionnaire and voir dire |

| | |
|---|---|
| | Defendants to send Humana edits to stipulation of undisputed facts |
| July 29, 2026 | Exchange objections to counter-counter deposition designations<br><br>Exchange FRE 1006 exhibits<br><br>Parties to send final positions for undisputed facts and meet and confer as necessary |
| August 5, 2026 | Final submission of exhibit lists (except FRE 1006 exhibits), with unresolved objections<br><br>Final submission of joint and contested jury instructions and verdict forms<br><br>Final submission of joint and contested questions for jury questionnaires & voir dire<br><br>Final submission of stipulation of undisputed fact |
| August 12, 2026 | Exchange objections to FRE 1006 exhibits<br><br>File oppositions to motions in limine |
| August 17, 2026[1] | Final submission of deposition designations with unresolved Objections<br><br>Final submission of FRE 1006 exhibits, with unresolved objections<br><br>Final submission of witness lists with unresolved objections<br><br>Final submission of pretrial memos |
| August 25, 2026 | Final pretrial conference at 10:30 AM in Courtroom 12-A, United States Courthouse, 601 Market Street, Philadelphia, PA |
| September 8-9, 2026 | Jury selection |

---

[1] Under the Eastern District of Pennsylvania local rules, the pretrial memo must include a list of 1) intended witnesses and 2) schedule of exhibits to be offered at trial (from L.R. 16.1) – as the deadline for witness lists and exhibit lists is August 17, 2026, the Parties propose submitting all three the same day versus having to later supplement the pretrial memo.  Under PTO 329, pretrial memo deadline is August 5, 2026.

-5-

| September 14, 2026 | Exchange opening statement demonstratives 24 hours in advance of Trial |
| September 15, 2026 | Trial begins (trial to conclude no later October 22, 2026) |

It is so **ORDERED.**

**BY THE COURT:**

**/s/ Cynthia M. Rufe**

**CYNTHIA M. RUFE, J**

# ATTACHMENT 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724<br>HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO:<br><br>*Humana Inc. v. Actavis Elizabeth LLC, et al.* | 18-CV-03299 |

**JOINT STIPULATION TO MODIFY PRETRIAL SCHEDULE FOR
*HUMANA I* BELLWETHER**

Plaintiff Humana Inc. and Bellwether Defendants ("Parties), by and through the undersigned counsel, stipulate to the following, subject to the Court's approval:

**WHEREAS,** on March 2, 2026, the Court entered Pretrial Order 329 ("PTO 329") amending the schedule of proceedings for the *Humana I* Bellwether case (16-MD-2724, ECF No. 4079);

**WHEREAS**, counsel have met and conferred to discuss ways to efficiently manage the remaining pretrial deadlines without altering the final pretrial conference or trial dates;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and among the undersigned counsel, that (1) interim deadlines for certain sequential exchanges of the witness lists, jury questionnaire, voir dire, jury instructions, verdict form, and stipulation of undisputed facts (with no change to the final deadlines for these exchanges) and (2) deadlines for the pretrial memorandum, as outlined in PTO 329, shall be amended as set forth in the table below:

| Agreed Upon Date | Description |
| --- | --- |
| May 26, 2026 | Humana to send Defendants its witness list, with witnesses Humana "will call" or "may call" and whether Humana will seek to present any witnesses by deposition testimony or live in person or remote testimony |
| June 2, 2026 | Defendants to send Humana their witness list, with witnesses Defendants "will call" or "may call" and whether Defendants will seek to present any witnesses by deposition testimony or live in person or remote testimony |
| June 9, 2026 | Defendants to provide objections to Humana's witness list |
| June 15, 2026 | Defendants to send Humana proposed draft of jury instructions and verdict forms

Humana to send Defendants proposed draft of jury questionnaire and voir dire

Simultaneous exchange of initial drafts of stipulations of undisputed facts |
| June 19, 2026 | Humana to provide objections to Defendants' witness list |
| June 22, 2026 | Humana to send Defendants merged version of undisputed facts

Deadline to move for limited discovery on authenticity and admissibility for good cause shown |
| June 26, 2026 | Humana to send Defendants counterproposals and objections to jury instructions and verdict forms

Defendants to send Humana objections and counterproposals to jury questionnaire and voir dire

Parties to exchange drafts of pretrial memoranda templates to ensure consistent template and formatting |
| June 30, 2026 | Humana to send Defendants further revised witness list, identifying witnesses the party "will call" or "may call" and whether Humana will seek to present any witnesses by deposition testimony or live in person or remote testimony

Deadline to oppose limited discovery on authenticity and admissibility |
| July 7, 2026 | Defendants to send Humana edits to stipulation of undisputed facts and further revised witness list, identifying witnesses the parties "will call" or "may call" and whether Defendants will seek to present any witnesses by deposition testimony or live in person or remote testimony |
| July 15, 2026 | Defendants to send Humana counterproposals and objections to jury instructions and verdict forms

Humana to send Defendants counterproposals and objections to jury questionnaire and voir dire

Humana to send Defendants edits to undisputed facts |
| July 22, 2026 | Parties to meet and confer regarding jury instructions and verdict forms |

| | Parties to meet and confer regarding jury questionnaire and voir dire |
|---|---|
| | Defendants to send Humana edits to stipulation of undisputed facts |
| July 29, 2026 | Parties to send final positions for undisputed facts and meet and confer as necessary |
| August 17, 2026[1] | Final submission of pretrial memos |

**IT IS FUTHER STIPULATED AND AGREED** by and among the undersigned counsel

that all other provisions of PTO 329 shall remain in full force and effect. The Parties believe good

cause exists for the requested modification and respectfully request that the Court so order.

**IT IS SO STIPULATED.**

Dated: June 8, 2026                                     Respectfully submitted,

/s/ W. Joseph Nielsen                              /s/ Jeffrey C. Bank
Peter D. St. Phillip, Jr.                              Jeffrey C. Bank
W. Joseph Nielsen                                      Seth C. Silber
Raymond P. Girnys                                      WILSON SONSINI GOODRICH &
Alexis H. Castillo                                     ROSATI
LOWEY DANNENBERG, P.C.                                 1700 K Street, NW, 5th Floor
44 South Broadway, Suite 1100                          Washington, D.C. 20006
White Plains, NY 10601                                 Telephone: (202) 973-8800
Tel. (914) 997-0500                                    Facsimile: (866) 974-7329
pstphillip@lowey.com                                   jbank@wsgr.com
jnielsen@lowey.com                                     ssilber@wsgr.com
rgirnys@lowey.com
acastillo@lowey.com
                                                       Chul Pak
Todd Schneider                                         Michael Sommer
SCHNEIDER WALLACE COTTRELL KIM                         WILSON SONSINI GOODRICH &
LLP                                                    ROSATI
2000 Powell Street, Suite 1400                         31 West 52nd Street, Fifth Floor
Emeryville, CA 94608                                   New York, New York 10019

---

[1] Under the Eastern District of Pennsylvania local rules, the pretrial memo must include a list of 1) intended witnesses and 2) schedule of exhibits to be offered at trial (from L.R. 16.1) – as the deadline for witness lists and exhibit lists is August 17, 2026, the Parties propose submitting all three the same day versus having to later supplement the pretrial memo.  Under PTO 329, pretrial memo deadline is August 5, 2026.

Tel. 415-421-7100
tschneider@schneiderwallace.com

SCHNEIDER[2] WALLACE COTTRELL KIM LLP
300 S. Grand Ave., Suite 2700
Los Angeles, CA 90071
Tel. 415-421-7100
jkim@schneiderwallace.com

*Counsel for Plaintiff Humana Inc.*

/s/ Seth Davis
Seth Davis
Sheron Korpus
Seth A. Moskowitz
David M. Max
KASOWITZ LLP
1633 Broadway
New York, NY 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800
skorpus@kasowitz.com
smoskowitz@kasowitz.com
sdavis@kasowitz.com
dmax@kasowitz.com

*Counsel for Defendants Actavis Elizabeth LLC, Actavis Holdco U.S., Inc., Actavis Pharma, Inc., and Teva Pharmaceuticals USA, Inc.*

/s/ Donald W. Hawthorne
Donald W. Hawthorne
CARTER LEDYARD & MILBURN LLP
28 Liberty Street
New York, NY 10005
Telephone: 212-238-8689
hawthorne@clm.com

*Counsel for Defendant Breckenridge Pharmaceutical, Inc.*

/s/ John M. Taladay
John M. Taladay
Christopher P. Wilson
Edward W. Duffy

Telephone: (212) 999-5800
Facsimile: (866) 974-7329
cpak@wsgr.com
msommer@wsgr.com

*Counsel for the Mylan Defendants*

/s/ Mary Pat Brogan
Mary Pat Brogan
BAKER & HOSTETLER LLP
127 Public Square, Suite 2000
Cleveland, OH 44114-1214
Telephone: 216.621.0200
mbrogan@bakerlaw.com

Carlos F. Ortiz
Kayley B. Sullivan
BAKER & HOSTETLER LLP
45 Rockefeller Center
New York, NY 10111-0100
Telephone: 212.589.4200
cortiz@bakerlaw.com
kbsullivan@bakerlaw.com

*Counsel for Defendant Heritage Pharmaceuticals, Inc.*

/s/ Brian T. Feeney
Brian T. Feeney
GREENBERG TRAURIG, LLP
1717 Arch Street, Suite 400
Philadelphia, PA 19103
Telephone: (215) 988-7812
Facsimile: (215) 717-5265
Brian.feeney@gtlaw.com

Roger Kaplan
Aaron Van Nostrand
GREENBERG TRAURIG, LLP
500 Campus Drive, Suite 400
Florham Park, NJ 07932-067
Telephone: (973) 360-7900
Facsimile: (973) 295-1321
kaplanr@gtlaw.com
aaron.vannostrand@gtlaw.com

-4-

JoAnna B. Adkisson
Michael A. Munoz
BAKER BOTTS LLP
700 K Street NW
Washington, DC 20001
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
john.taladay@bakerbotts.com
christopher.wilson@bakerbotts.com
ed.duffy@bakerbotts.com
joanna.adkisson@bakerbotts.com
michael.munoz@bakerbotts.com

Lauri A. Kavulich
CLARK HILL PLC
2001 Market Street, Suite 2620
Philadelphia, PA 19103
Telephone: (215) 640-8500
Facsimile: (215) 640-8501
lkavulich@clarkhill.com

Lindsay S. Fouse
CLARK HILL PLC
301 Grant St, 14th Floor
Pittsburgh, PA 15219
Telephone: (412) 394-7711
Facsimile: (412) 394-2555
lfouse@clarkhill.com

*Counsel for Defendants Taro Pharmaceuticals U.S.A., Inc., Taro Pharmaceutical Industries Ltd., and Sun Pharmaceutical Industries Inc.*

*/s/ J. Clayton Everett Jr.*
J. Clayton Everett, Jr.
William S.D. Cravens
Y. Frank Ren
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: +1.202.739.3000
Facsimile: +1.202.739.3001
clay.everett@morganlewis.com
william.cravens@morganlewis.com
frank.ren@morganlewis.com

*Counsel for Defendant Dr. Reddy's Laboratories, Inc.*

*/s/ George G. Gordon*
George G. Gordon
Julia Chapman
DECHERT LLP
2929 Arch Street
Philadelphia, PA 19104-2808
Tel: (215) 994-2382
Fax: (215) 944-2222
george.gordon@dechert.com
julia.chapman@dechert.com

D. Brett Kohlhofer
DECHERT LLP
1900 K Street NW
Washington, D.C.
Tel: (202) 261-3349
Fax: (202) 261-3333
d.brett.kohlhofer@dechert.com

*Attorneys for Defendant Lannett Company, Inc.*

*/s/ Brian J. Smith*
Brian J. Smith*
Jordanne M. Steiner
WILSON SONSINI GOODRICH & ROSATI
1700 K Street, NW, 5th Floor
Washington, D.C. 20006
Telephone: (302)502-8417
brian.smith@wsgr.com
jsteiner@wsgr.com
*Admitted only in Illinois & Maine

Angela L. Brown
WILSON SONSINI GOODRICH & ROSATI
31 West 52nd Street, Fifth Floor
New York, NY 10019
Telephone: (212) 999-5800
Angela.brown@wsgr.com

-5-

Stephen D. LaBrecque
MORGAN, LEWIS & BOCKIUS LLP
1 Federal Street
Boston, MA 02110
Telephone: +1.617.341.7700
Facsimile: +1.617.341.7701
stephen.labrecque@morganlewis.com

Harvey Bartle IV
MORGAN, LEWIS & BOCKIUS LLP
2222 Market Street
Philadelphia, PA 19103
Telephone: +1.215.963.5000
Facsimile: +1.215.963.5001
harvey.bartle@morganlewis.com

*Counsel for Defendants Perrigo Company plc and Perrigo New York, Inc.*

*/s/ Jason R. Parish*
Jason R. Parish
BUCHANAN INGERSOLL & ROONEY PC
1700 K Street, NW, Suite 300
Washington, D.C. 20006
Telephone: (202) 452-7900
Facsimile: (202) 452-7989
jason.parish@bipc.com

Gretchen L. Jankowski
Bradley J. Kitlowski
BUCHANAN INGERSOLL & ROONEY PC
Union Trust Building
501Grant Street, Suite 200
Pittsburgh, PA 15219
Telephone: (412) 562-8800
Facsimile: (412) 562-1041
gretchen.jankowksi@bipc.com
bradley.kitlowski@bipc.com

Caroline B. Warren
BUCHANAN INGERSOLL & ROONEY PC
Carillon Tower
227 West Trade Street, Suite 600
Charlotte, NC 28202
Telephone: (704) 444-3371

*Counsel for Defendant Mayne Pharma Inc.*

*/s/ Robin P. Summer*
Robin P. Sumner
Michael J. Hartman
Melissa Hatch O'Donnell
TROUTMAN PEPPER LOCKE LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
Telephone: (215) 981-4000
Facsimile: (215) 981-4750
robin.sumner@troutman.com
michael.hartman@troutman.com
melissa.odonnell@troutman.com

*Attorneys for Defendants Impax Laboratories, LLC*

*/s/ Devora W. Allon*
Devora W. Allon, P.C.
Alexia R. Brancato, P.C.
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
devora.allon@kirkland.com
alexia.brancato@kirkland.com

*Counsel for Defendant Upsher-Smith Laboratories, LLC*

-6-

Facsimile: (704) 444-3490
caroline.warren@bipc.com

*Counsel for Defendant Zydus Pharmaceuticals
(USA) Inc.*